AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 02, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:24-mj-04306-ACE |
| | ) |
| | ) |
| ZACHARY TYLER VANTUYL | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____October 2, 2024_____ in the county of _____Yakima_____ in the
_____Eastern_____ District of _____Washington_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §922(g)(1) | Felon in Possession of Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

KATLIN STANDIFOF  Digitally signed by KATLIN STANDIFOF
Date: 2024.10.02 16:23:40 -07'00'

*Complainant's signature*

Katlin Standiford, SA, ATF

*Printed name and title*

☑ Sworn to telephonically and signed electronically

☐ Sworn to before me and signed in my presence.

Date: October 2, 2024

City and state: ~~Yakima, Washington~~ ~~Spokane, Washington~~ JAG

*Judge's signature*

JAMES A. GOEKE, U.S. Magistrate Judge

*Printed name and title*

AUSA: LAS            COUNTY: YAKIMA