FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2024

SEAN F. McAVOY, CLERK

## COMPLAINT AFFIDAVIT

I, Katlin Standiford, being duly sworn, do hereby depose and state:

## INTRODUCTION

1. This Complaint arises out of an investigation being conducted by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") regarding violations of 18 U.S.C. §§ 81 (Arson), 844(i)("Arson"), 1361 (Destruction of Government Property), 1855 (Timber Set Afire) involving an individual named Zachary Tyler VANTUYL (hereinafter "**VANTUYL**").  In furtherance of that investigation and pursuant to a search warrant for **VANTUYL** (1:24-mj-4300-ACE) and pursuant to a search warrant for a White 2002 Chevrolet Silverado registered to VANTUYL (1:24-mj-4301-ACE), on October 2, 2024, ATF agents obtained evidence regarding a violation of 18 U.S.C. § 922(g)(1) (Prohibited Person in Possession of a Firearm).

2. I have probable cause to believe that on October 2, 2024, Zachary Tyler Vantuyl ("**VANTUYL**"), who has previously been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed a firearm.

3. This Affidavit is submitted in support of a complaint against **VANTUYL** for possession a firearm as a prohibited person, in violation of 18 U.S.C. § 922(g)(1), within the Eastern District of Washington.

1

## AFFIANT'S QUALIFICATIONS, TRAINING AND EXPERIENCE

4.    I, Katlin M. Standiford, Affiant, am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and I have been so since December of 2020.   As such, I am an investigator or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

5.    My experience includes completion of the Criminal Investigator Training Program and ATF Special Agent Basic Training, located at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia.   Formal training received at FLETC included constitutional law, violations of federal firearm and controlled substance laws, interviewing techniques, arrest procedures, search warrant applications, the execution of federal warrants, fire and explosives investigation, and various other criminal procedures.

6.    Prior to my tenure as a/an ATF Special Agent, I completed 7 and a half years as an active-duty Intelligence Specialist with the United States Coast Guard. After leaving active duty in 2017, I transitioned to the Coast Guard Reserve where I still currently serve.   I have 3 years' experience as a Crime and Intelligence Analyst with the Yakima Police Department.

2

7.    I have received additional specialized training from United States Coast Guard, Northwest Gang Investigators Association, Northwest Regional Crime Analyst Network, Washington State Narcotics Investigators Association, and Office of Director of National Intelligence (ODNI).  Altogether, these courses have taught me about assembling and analyzing multi-source tactical, operational, and strategic intelligence, as well as a thorough understanding of criminal organizations specifically; prison and criminal street gang histories, ideologies, current gang behavior, and criminal investigations of gang members engaged in numerous types of criminal law violations, to include violations of Title 18 and Title 21 of the United States Code.

### **PROBABLE CAUSE**

8.    On October 2, 2024, at approximately 10:47 hours, your Affiant, along with Special Agent Antonio Holt ("SA HOLT"), and Special Agent Bryan Bach ("SA BACH") and other law enforcement officers, made contact with **VANTUYL** (subject of search warrant 1:24-mj-4300-ACE) on Lampe Road in Selah, Washington, located in the Eastern District of Washington. **VANTUYL** was operating the White 2002 Chevrolet Silverado registered to him (Washington plate D25231C, VIN: 1GCEK19V42Z289516) (the subject of search warrant 1:24-mj-4301-ACE).  This location was down the street from the residence of **VANTUYL**'s father, Cary Vantuyl, who had

3

apparently observed the interaction and came down to speak with law enforcement.

9.    Cary Vantuyl reported that he and his son were leaving to go on a hunting trip expected to last approximately two weeks.  Cary Vantuyl also reported that his son, whom he knew to be a convicted felon, had in the White 2002 Chevrolet Silverado, at least one firearm, to wit: a Savage .17 HMR bolt action rifle.  A rifle case was observed in plain view atop numerous items on the backseat of the White 2002 Chevrolet Silverado.  The rifle was confirmed to contain the Savage .17 HMR bolt action rifle Cary Vantuyl reported that his son was in possession of for their hunting trip.

10.    The Savage .17 HMR bolt action rifle displayed writing on the firearm indicating it was manufactured by Savage Arms in the country of Canada. The firearm was recovered in the state of Washington and thus would have been transported in interstate commerce.

11.    A check of the NCIC criminal history for Zachary Tyler **VANTUYL** (DOB: 9/6/1991, Washington Driver's License #: WDL1R5PD003B, FBI #: 980685JC1, SID: WA22956934) shows 9 prior felony convictions.

12.    On 11/13/2012, **VANTUYL** was convicted of Arson-1 (1 count) and Arson-2 (2 counts), in Kittitas County Superior Court Case No. 121001528.  Under the sentence description for this case number, the NCIC provides, that

**VANTUYL** "shall serve 120 months on Counts 1 and 2 and 84 months on Counts 3, 4, 5 in WCC.  Actual number of months of confinement 120.  Credit for time served plus any good time earned.  Community custody with DOC for 18 months."  **VANTUYL** was also ordered to pay $193,791.52 in restitution, among other fees and penalties.

### CONCLUSION

13.  I believe, based on my training, experience, and knowledge of this investigation, including the facts set forth above, that VANTUYL is a prohibited person and that he possessed a firearm in violation of 18 U.S.C. § 922(g)(1).

14.  I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted:

KATLIN STANDIFOF Digitally signed by KATLIN STANDIFOF
Date: 2024.10.02 16:24:19 -07'00'

Special Agent Katlin M. Standiford, ATF

SUBSCRIBED electronically and SWORN telephonically  October 2, 2024.



James A. Goeke
United States Magistrate Judge