FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ZACHARY TYLER VANTUYL,<br><br>　　　　　　　Defendant. | No. 1:24-CR-02074-SAB-1<br><br>**ORDER SETTING JURY TRIAL** |

On December 16, 2025, the Court held a status conference in this matter in Yakima, Washington. Defendant was present, in custody of the U.S. Marshals Service, and was represented by Craig Webster. The United States was represented by Letitia Sikes.

At the hearing, the parties indicated they were still working on a plea agreement for this case and related case (1:25-CR-02045-SAB-1). The Court set a jury trial for January 2, 2026, and informed counsel the trial could be stricken by filing a plea agreement and a motion to strike trial before the trial date. This Order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED**:

1.　A Jury Trial is **SET** for **January 2, 2026**, at **9:00 a.m.**, commencing with a **final** pretrial conference at **8:30 a.m.** The trial shall take place in **Yakima**, Washington.

2.　All pretrial motions, including motions *in limine* and *Daubert*

**ORDER SETTING JURY TRIAL** \* 1

motions, shall be filed and served on or before December 26, 2026, and noted for hearing at the pretrial conference.

3. Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, witness lists, expert witness lists, and summaries of expected testimony from all witnesses shall be filed and served by all parties on or before seven (7) calendar days prior to trial. This does not modify the parties' discovery obligations under Fed. R. Crim. P. 16. Absent an agreement between the parties or an Order from the Court, the parties' Fed. R. Crim. P. 16 discovery deadlines shall be governed by Local Criminal Rule 16.

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between December 16, 2025, the status conference date, until January 2, 2026, the new trial date, is **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 18th day of December 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER SETTING JURY TRIAL** * 2