**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 388 | 333 | 55 | 250 |

## 250 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| Preparing for Success After Prison (PSAP) Program | "Preparing for Success after Prison" is a transformative course led by Michael Santos, a formerly incarcerated individual and advocate for prison reforms. Inspired by the life of Frederick Douglass, the course emphasizes... | **Time to pass:** 23 hr 47 min **Total time:** 29 hr 10 min | PASSED **Completed:** Apr 14, 2025 |
| Michael G. Santos: Straight-A Guide | The Straight-A Guide is a video-based course made to help students learn how to pursue a law-abiding life where they can contribute to their community. It has been designed and delivered by a former prisoner,... | **Time to pass:** 15 hr 38 min **Total time:** 17 hr 05 min | PASSED **Completed:** Apr 6, 2025 |
| Brian Hamilton Foundation's Starter U | The Brian Hamilton Foundation's Starter U: How to Start and Grow a Business is a free, self-paced online course teaching everything you need to know to start, run, and grow a business. Whether you live in Portland, Oregon... | **Time to pass:** 10 hr 55 min **Total time:** 10 hr 55 min | PASSED **Completed:** Jul 14, 2025 |
| MasterMind Course: Earning Freedom by Michael Santos | The MasterMind is a video-based, reentry course designed to help you return to society with your dignity intact and with opportunities to thrive. The course is inspired by the personal life of Michael Santos, a forme... | **Time to pass:** 5 hr 33 min **Total time:** 10 hr 19 min | PASSED **Completed:** Apr 20, 2025 |
| Parenting While Incarcerated | This course will teach you important tips to help you stay involved in your children's lives while in prison. You will hear from experts on how to best support your children during this difficult time. This course features Ann... | **Time to pass:** 6 hr 02 min **Total time:** 9 hr 01 min | PASSED **Completed:** Apr 27, 2025 |
| Personal Finance | Course Description Have you ever gone to buy groceries at the end of the month, only to find out that you're out of cash? What about having to borrow money from family and friends to get your car fixed? Running out of... | **Time to pass:** 5 hr 20 min **Total time:** 6 hr 43 min | PASSED **Completed:** May 19, 2025 |
| Thinking for the Future - CBT | Join a group therapy session led by two experts in Cognitive Behavioral Therapy (CBT) -- Jennifer Luther and Dr. Paula Smith. CBT is a form of mental health treatment that focuses on the relationship between... | **Time to pass:** 5 hr 44 min **Total time:** 5 hr 55 min | PASSED **Completed:** May 7, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Peace Education Program - CL | A peaceful life means having a stress-free, secure, and calm life, where there is no fighting or conflict, and everything coexists in perfect harmony and freedom. Throughout this course, you will learn about ways to... | **Time to pass:** 5 hr 52 min **Total time:** 5 hr 52 min | PASSED **Completed:** Jul 22, 2025 |
| Construction Management Foundations | Shifts in the modern construction industry have both increased the demand for trained and qualified construction managers and expanded the role itself. With a greater emphasis on integrated methods of... | **Time to pass:** 3 hr 35 min **Total time:** 4 hr 53 min | PASSED **Completed:** Apr 21, 2025 |
| Learning JavaScript Debugging | Whether you're new to coding or an experienced developer, bugs are an inevitable part of web development. Debuggers can make the task of finding and fixing those bugs much easier. In this course, lear... | **Time to pass:** 4 hr 49 min **Total time:** 4 hr 49 min | PASSED **Completed:** Jul 23, 2025 |
| Howard Schultz Business Leadership | Embark on a journey of personal and professional growth with this digital course that will ignite your intellectual curiosity and equip you with practical strategies to supercharge your learning and career... | **Time to pass:** 4 hr 36 min **Total time:** 4 hr 36 min | PASSED **Completed:** Jun 16, 2025 |
| Prison! My 8,344th Day (Video Version) | For 26 years, Michael Santos was a federal prisoner. During his life as a prisoner, he recalibrated, becoming more mindful of his responsibility to live as a good citizen. He created a disciplined plan with hopes of... | **Time to pass:** 4 hr 26 min **Total time:** 4 hr 35 min | PASSED **Completed:** Apr 7, 2025 |
| JavaScript: The Tricky Bits | "This code works, but there must be a simpler way." JavaScript hides lots of power behind techniques with approaches or even names that are not obvious. Developers who want to create more streamlined code... | **Time to pass:** 4 hr 34 min **Total time:** 4 hr 34 min | PASSED **Completed:** Jul 27, 2025 |
| Prisoner Reentry Network: Part I | No one knows about reentry like someone who has left prison. The Prisoner Reentry Network provides information about the concerns voiced by incarcerated and formerly incarcerated people. In this course you w... | **Time to pass:** 3 hr 37 min **Total time:** 4 hr 13 min | PASSED **Completed:** Mar 26, 2025 |
| Illegal to Legal: Business Success for the (Formerly)... | "Illegal to Legal" is a guide by Bob Pelshaw to help ex-offenders become entrepreneurs (people who start their own businesses). There are many benefits to starting your own business, especially if you have a record. Thi... | **Time to pass:** 2 hr 10 min **Total time:** 4 hr 13 min | PASSED **Completed:** May 14, 2025 |
| CEO of Your Life Part 2: Building a Successful Telemarketing... | Steve is a successful entrepreneur who started his own telemarketing company with an investment of just $500.00. Within eight years of forming the company, Steve's business grew into an enterprise that employed... | **Time to pass:** 4 hr 03 min **Total time:** 4 hr 03 min | PASSED **Completed:** Jun 4, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Use Google to Get a New Job | Looking for a job can be intimidating. However, Google suite can help you every step of the way. In this course, you'll learn how to utilize the G suite to help you complete the steps of finding a job. By the end of this... | **Time to pass:** 3 hr 60 min **Total time:** 3 hr 60 min | PASSED **Completed:** Jun 11, 2025 |
| Construction Management: Reading Drawings and... | Construction drawings are instructions that a designer has drawn up to translate the owner's ideas, tell you what materials, parts, and pieces you need for a project, and explain where to place those items in the field. If... | **Time to pass:** 2 hr 60 min **Total time:** 3 hr 36 min | PASSED **Completed:** Apr 23, 2025 |
| Introduction to Artificial Intelligence | Computer scientists are just a small slice of people working in artificial intelligence. Most of the people working in AI are project managers, product managers, directors, and executives. People just like you. This... | **Time to pass:** 3 hr 35 min **Total time:** 3 hr 35 min | PASSED **Completed:** Jul 16, 2025 |
| MERN Essential Training | Curious about how MongoDB, Express, React, and Node.js, or MERN, work together, and how to build a full-stack application with the MERN stack? In this course, instructor Emmanuel Henri shows you how. Using... | **Time to pass:** 3 hr 21 min **Total time:** 3 hr 21 min | PASSED **Completed:** Jul 29, 2025 |
| Teamwork Foundations | Whatever job you do, it's likely you work in a team. Your performance will depend on your ability to work successfully with other people. Learn the qualities of effective teams and the role you, as a team member,... | **Time to pass:** 2 hr 48 min **Total time:** 3 hr 20 min | PASSED **Completed:** May 6, 2025 |
| Digital Marketing Foundations | Learn how to promote your brand or business effectively online and develop a targeted marketing strategy that engages potential customers across the digital landscape. In this course, Brad Batesole articulates... | **Time to pass:** 2 hr 36 min **Total time:** 3 hr 02 min | PASSED **Completed:** May 20, 2025 |
| TYRO Leadership Demo Course | Unlock your true potential with TYRO! Discover how to reinvent yourself, create a powerful legacy, and transform your life with intentional action, deep self-reflection, and unwavering motivation. Experience a... | **Time to pass:** 0 hr 51 min **Total time:** 2 hr 51 min | PASSED **Completed:** Jun 11, 2025 |
| Learning How to be a Better Parent | Children of Incarcerated Parents Library More than one in twenty-eight children in the United States has a parent in prison. The loss of a parent to incarceration means a crisis for that child. Concerned people in all settings ar... | **Time to pass:** 2 hr 27 min **Total time:** 2 hr 48 min | PASSED **Completed:** Apr 16, 2025 |
| SEO: Keyword Strategy | Knowing how to search and how to be found is essential for any business. In this course, SEO expert and marketing consultant Matt Bailey presents clear insights and practical tips that will help you develop a solid SE... | **Time to pass:** 2 hr 44 min **Total time:** 2 hr 45 min | PASSED **Completed:** Jun 10, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Prison! My 8,344th Day (Text Version) | For 26 years, Michael Santos was a federal prisoner. During his life as a prisoner, he recalibrated, becoming more mindful of his responsibility to live as a good citizen. He created a disciplined plan with hopes of... | **Time to pass:** 2 hr 35 min **Total time:** 2 hr 35 min | PASSED **Completed:** Apr 7, 2025 |
| Grow With Google: Build Your Online Business | In this course you will learn how to create, promote, and manage an online business using digital tools. Use your creativity to try something new! Brought to you by Grow with Google. By the end of this course you will be able ... | **Time to pass:** 2 hr 22 min **Total time:** 2 hr 22 min | PASSED **Completed:** Jun 22, 2025 |
| Computer Science Principles: Programming | Programming is what allows us to make computers, devices, and the Internet perform amazing tasks, entertain us, and simplify our lives. While programming seems complicated, every programming challenge can... | **Time to pass:** 2 hr 19 min **Total time:** 2 hr 19 min | PASSED **Completed:** Jul 30, 2025 |
| Public Relations Foundations | Public relations (PR) is critical to any business that wants to create media exposure, sway consumer opinion, and maintain a good reputation. However, as technology evolves, communicating with the public has only gotte... | **Time to pass:** 2 hr 10 min **Total time:** 2 hr 12 min | PASSED **Completed:** May 5, 2025 |
| Communication Foundations | Your communication skills affect your career prospects, the value you bring to your company, and the likelihood of your promotion. This course helps you communicate better in a variety of professional situations, including... | **Time to pass:** 2 hr 06 min **Total time:** 2 hr 10 min | PASSED **Completed:** May 12, 2025 |
| Effective Listening | Listening is a critical competency, whether you are interviewing for your first job or leading a Fortune 500 company. Surprisingly, relatively few working professionals have ever had any formal training in how... | **Time to pass:** 2 hr 07 min **Total time:** 2 hr 09 min | PASSED **Completed:** Jun 18, 2025 |
| Grow with Google: Manage a Project with Digital Tools | In Manage a Project with Digital Tools, you will learn how to create a project charter document, track project details in a spreadsheet, estimate and manage expenses in a spreadsheet, and build a slide presentation to... | **Time to pass:** 2 hr 03 min **Total time:** 2 hr 03 min | PASSED **Completed:** Jul 6, 2025 |
| Marketing on Facebook | When your business is on Facebook, a Meta platform, your reach increases exponentially. You can find new prospects and market directly to customers. This course helps you set up a Facebook account exclusively for... | **Time to pass:** 1 hr 60 min **Total time:** 2 hr 01 min | PASSED **Completed:** May 27, 2025 |
| Introduction to Art Therapy for Self-Improvement,... | Art therapy is so much more than "just drawing pictures." It is the field where the worlds of art and psychology meet to help people work through challenging behavior problems, addiction, stress,... | **Time to pass:** 1 hr 21 min **Total time:** 1 hr 60 min | PASSED **Completed:** Apr 29, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**edovo**

**OFFICIAL TRANSCRIPT FOR:**
**ZACHARY VANTUYL**

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| CEO of Your Life Part 8: Sales Leadership with Scott Laney | "Scott learned a simple sales lesson as a young man: People don't want to be sold, but they love to buy; a successful salesperson learns what their customer values. Scott's entrepreneurial mindset and his... | **Time to pass:** 1 hr 55 min **Total time:** 1 hr 55 min | **PASSED** Completed: Jun 9, 2025 |
| Navigating Conflict | Navigating Conflict with Buddhist Wisdom & Practices Vita Pires, Ph.D., and the Prison Mindfulness Institute (PMI) have created this video-based course to help you navigate conflict in a more skillful, wise and peaceful... | **Time to pass:** 1 hr 54 min **Total time:** 1 hr 54 min | **PASSED** Completed: Jul 2, 2025 |
| Critical Thinking for Better Judgment and Decision-... | The pace of change and volume of information we encounter in daily life make it hard to think through decisions. Instead, people often rely on biases and rules of thumb, which trap them into drawing faulty... | **Time to pass:** 1 hr 53 min **Total time:** 1 hr 54 min | **PASSED** Completed: Jun 23, 2025 |
| Social Media Marketing: Strategy and Optimization | Learn a three-step recipe for optimizing your social media marketing mix. Get a fresh perspective on your content, your choice of platform, and your strategy. Join digital communication strategist Martin Waxman for thi... | **Time to pass:** 1 hr 53 min **Total time:** 1 hr 53 min | **PASSED** Completed: Jun 17, 2025 |
| Introduction to Stress Management | Whether it's figuring out how to pay the bills, finding a job, or taking care of your family, stress is a natural part of life. If stress is a natural part of life, why bother with stress management? First it's the right thing to do. But ... | **Time to pass:** 1 hr 53 min **Total time:** 1 hr 53 min | **PASSED** Completed: May 26, 2025 |
| Introduction to Plumbing Tools and Drawings | In this course you will review the plumbing profession, with a focus on the tools and drawings that are most commonly used. This course was written by USAID and ALISON. | **Time to pass:** 1 hr 51 min **Total time:** 1 hr 51 min | **PASSED** Completed: Apr 28, 2025 |
| The Roadtrip Nation Experience | Wondering what to do with your life? Start here. Explore career possibilities that reflect who you are. At Roadtrip Nation, we know what it's like to feel lost because we've been there. That's why, in 2001, we hit the road to get... | **Time to pass:** 1 hr 51 min **Total time:** 1 hr 51 min | **PASSED** Completed: Aug 4, 2025 |
| Banish Your Inner Critic to Unleash Creativity | Imagine a world where you trusted your ideas and felt good about what you created. This world, where you can create more easily and more often, exists. Creativity evangelist Denise Jacobs is the founder and CEO of T... | **Time to pass:** 1 hr 49 min **Total time:** 1 hr 49 min | **PASSED** Completed: Jun 24, 2025 |
| Social Media Marketing Strategy: TikTok and Instagram... | If you're in marketing, the only thing worse than not having a social media marketing strategy is having a bad one. This course shows you how to use TikTok and Instagram Reels to boost your brand awareness and... | **Time to pass:** 1 hr 48 min **Total time:** 1 hr 48 min | **PASSED** Completed: Jun 16, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

| Course name | Overview | Time | Status |
|---|---|---|---|
| Social Media Marketing Foundations | Social media marketing is a worthwhile investment and a useful business tool, but how can you make it work for you? In this course, marketing consultant Brian Honigman guides you through what you need to know.... | **Time to pass:** 1 hr 47 min **Total time:** 1 hr 47 min | **PASSED** Completed: Jun 17, 2025 |
| Bill McGlashan: Personal Leadership: Part 5 | Throughout section 5 of this series, Bill places emphasis on being realistic about what we anticipate in the future. Developing your own perspective and thoughts on educational topics is a great way to facilitate a positive... | **Time to pass:** 1 hr 44 min **Total time:** 1 hr 44 min | **PASSED** Completed: Jun 1, 2025 |
| CEO of Your Life Part 7: The Importance of Accountability | This lesson introduces us to James Patterson, a business professional. James's story illustrates the importance of personal development and performing to the best of a person's ability. | **Time to pass:** 1 hr 41 min **Total time:** 1 hr 41 min | **PASSED** Completed: Jun 9, 2025 |
| Rewired Program | THE REWIRED PROGRAM CAN GIVE YOU A NEW PATH FORWARD Do you feel trapped by unhealthy habits? Does it seem that no matter how much effort you put in, you just can't make positive changes last? The truth is:... | **Time to pass:** 0 hr 58 min **Total time:** 1 hr 40 min | **PASSED** Completed: May 21, 2025 |
| CEO of Your Life Part 1: Humble Beginnings to CEO: With Terry | Terry Merlin, an accomplished entrepreneur, developed experience over several decades by heading staffing agencies. He has raised several million in revenue and helped thousands of job seekers find meaningful work.... | **Time to pass:** 1 hr 39 min **Total time:** 1 hr 39 min | **PASSED** Completed: Jun 3, 2025 |
| Construction Management: Planning and Scheduling | Schedules are management tools that allow leaders to make informed decisions about activities on a construction site. Although the terms planning and scheduling are often used interchangeably, there is a... | **Time to pass:** 1 hr 36 min **Total time:** 1 hr 39 min | **PASSED** Completed: Apr 22, 2025 |
| Bill McGlashan: Personal Leadership Part 1 | Within this course, explore the different strategies and tools Bill McGlashan used to find success within his life after incarceration. Bill is the founder of TPG Growth which has invested in numerous high-growth compani... | **Time to pass:** 1 hr 38 min **Total time:** 1 hr 38 min | **PASSED** Completed: May 28, 2025 |
| Learn Your Strengths from Shining Light | Welcome to Shining Light's "Learn Your Strengths" Course! In this four-part video series you will have the opportunity to: -Learn about positive qualities we all have, and how to identify them -Hear insight and... | **Time to pass:** 1 hr 37 min **Total time:** 1 hr 37 min | **PASSED** Completed: Mar 25, 2025 |
| CEO of Your Life Part 3: Homeless to CEO Success | "At an early age, Eric found himself homeless and unemployed. As the product of a broken marriage and the challenges that it creates, Eric turned his hardships into passions. Eric did not receive any formal college... | **Time to pass:** 1 hr 37 min **Total time:** 1 hr 37 min | **PASSED** Completed: Jun 4, 2025 |

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
**ZACHARY VANTUYL**

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Bill McGlashan: Personal Leadership Part 4 | Within this part of the course, Bill shares how he found the desire to want to make an impact on the lives of others. He mentions how important it is for one to contribute to their own community. One can do this by... | **Time to pass:** 1 hr 35 min **Total time:** 1 hr 35 min | PASSED **Completed:** May 28, 2025 |
| Apply Your Strengths from Shining Light | Welcome to Shining Light's "Apply Your Strengths" Course! In this four-part video series, we will expand on Shining Light's "Learn Your Strengths" course by giving you the opportunity to: -Take an in-depth look at the... | **Time to pass:** 1 hr 34 min **Total time:** 1 hr 34 min | PASSED **Completed:** Mar 24, 2025 |
| Keeping Kids Safe in the Digital World | Intro: With access to technology and social media, kids are becoming increasingly vulnerable to those who would exploit them or do them harm. This course gives practical advice and next steps for keeping kids safe a... | **Time to pass:** 1 hr 18 min **Total time:** 1 hr 34 min | PASSED **Completed:** Apr 29, 2025 |
| CEO of Your Life Part 6: Biz Development | "Michael ("Mike") a successful business consultant and investment banker, attributes his success to having a strong work ethic, excellent communication abilities, and solid critical-thinking skills. We strive to emphasize the... | **Time to pass:** 1 hr 34 min **Total time:** 1 hr 34 min | PASSED **Completed:** Jun 8, 2025 |
| Writing in Plain Language | Plain language is a modern communication philosophy and a world-wide movement. It's the reader-focused way to write, ensuring every sentence is easy to read and understand. This course provides a clear definitio... | **Time to pass:** 1 hr 30 min **Total time:** 1 hr 30 min | PASSED **Completed:** Jun 23, 2025 |
| Bill McGlashan: Personal Leadership Part 2 | Within part 2 of this series, you will learn about how Bill found success in the world of business. Many of the lessons Bill learned through his work in business became applicable to his own life. After viewing this... | **Time to pass:** 1 hr 30 min **Total time:** 1 hr 30 min | PASSED **Completed:** May 28, 2025 |
| Learning Construction Estimating | Detailed, accurate estimates are a critical part of construction, and professional estimators are in demand. Without estimates, construction managers can't build budgets, get approvals, and hire workers. If you're... | **Time to pass:** 1 hr 23 min **Total time:** 1 hr 26 min | PASSED **Completed:** Apr 15, 2025 |
| Introduction to Changin' Your Game Plan: The Blueprint to... | Changin' Your Game Plan: The Blueprint For Success During and After Incarceration is a practical approach to positive change as well as mental and emotional growth while doing your time. It will show you how to... | **Time to pass:** 1 hr 24 min **Total time:** 1 hr 25 min | PASSED **Completed:** Mar 30, 2025 |
| Construction Management: Managing Risk | Risk is an inherent part of construction and an integral part of the construction manager's job. Over the course of a project, you may have to manage compliance and safety issues, schedule and cost overruns, contract... | **Time to pass:** 1 hr 25 min **Total time:** 1 hr 25 min | PASSED **Completed:** Apr 21, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Use Digital Tools for Everyday Tasks | Digital tools can make a lot of our daily tasks easier. In this course, you will learn how to use Google Workspace applications to brainstorm, search, and plan a day of activities with a friend. By the end of this lesson, you... | **Time to pass:** 1 hr 24 min **Total time:** 1 hr 24 min | PASSED Completed: Jul 9, 2025 |
| Grow with Google: Plan an Event | An event plan serves as a roadmap for all of your event's elements. It aligns these components with a timeline, SMART goals, and objectives. Your event plan can act as your guide as you get ready for the big day... | **Time to pass:** 1 hr 22 min **Total time:** 1 hr 22 min | PASSED Completed: Jul 9, 2025 |
| Construction Management: Safety and Health | Construction contractors are realizing that safety, productivity, and quality are inextricably linked and are moving to implement programs that go beyond regulatory compliance and take a more active stance... | **Time to pass:** 1 hr 19 min **Total time:** 1 hr 22 min | PASSED Completed: Apr 28, 2025 |
| Grow with Google: Create a Presentation "All About a Topic" | In Create a Presentation "All About a Topic," you will learn how to share information about any topic by creating an interactive presentation using Google Slides. By the end of this lesson, you should be able to achiev... | **Time to pass:** 1 hr 18 min **Total time:** 1 hr 18 min | PASSED Completed: Jul 1, 2025 |
| JavaScript: Classes | If you're new to JavaScript—or just unsure how classes work—then this course is for you. Join instructor Emmanuel Henri as introduces JavaScript classes and how they work, how to define them, all their related... | **Time to pass:** 1 hr 17 min **Total time:** 1 hr 17 min | PASSED Completed: Jul 23, 2025 |
| Developing Your Emotional Intelligence | Emotional intelligence can help you build effective relationships at work. Executive coach and organizational psychologist Gemma Roberts explains what emotional intelligence (EQ) is and why it's... | **Time to pass:** 1 hr 16 min **Total time:** 1 hr 16 min | PASSED Completed: Jun 22, 2025 |
| Job Seeking with a Criminal Record | Looking for a job can be challenging, but if you have a criminal record, it can be especially difficult. In this course, reentry employment expert Genevieve Rimer shows you how to prepare yourself for a successful jo... | **Time to pass:** 1 hr 15 min **Total time:** 1 hr 15 min | PASSED Completed: Oct 7, 2024 |
| Bill McGlashan: Personal Leadership: Part 3 | Within part 3 of this course, Bill explains how important it is to take advantage of new opportunities. Explore how Bill has connected with multiple business professionals as he retells some of his most meaningful interactions... | **Time to pass:** 1 hr 13 min **Total time:** 1 hr 13 min | PASSED Completed: May 28, 2025 |
| Customer Service: Knowledge Management | Every service organization needs a knowledge base (KB) to shorten resolution time, reduce customer effort, and drive self-service. In this course, instructor David Kay shows you how to keep yours up to date with easil... | **Time to pass:** 1 hr 09 min **Total time:** 1 hr 12 min | PASSED Completed: May 11, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

| Course name | Overview | Time | Status |
|---|---|---|---|
| Blackstone's Skills for Success | In this course, you will learn everything you need to know to become a better student. After you complete the course, you'll be able to determine your learning style, set up a study schedule, avoid procrastination... | **Time to pass:** 1 hr 02 min **Total time:** 1 hr 11 min | PASSED **Completed:** Aug 4, 2025 |
| Ask Ramit - Career and Personal Finance Advice | This course will take you through the career and finance advice of Ramit Sethi. His writing features ways to find your dream job, improve your finances, and succeed at every level. | **Time to pass:** 0 hr 57 min **Total time:** 1 hr 10 min | PASSED **Completed:** May 5, 2025 |
| How Can I ANCHOR Myself to the Present? | Does your mind often feel like an angry, stormy sea? Or is it so full it could burst? Or maybe it feels like it's on auto-pilot most days? In this course, we'll provide a few helpful strategies and techniques to help anchor your... | **Time to pass:** 1 hr 07 min **Total time:** 1 hr 07 min | PASSED **Completed:** Feb 18, 2026 |
| PREP Domestic Violence | This course seeks to educate participants about what domestic violence is, how it impacts victims, and how it can be prevented. | **Time to pass:** 1 hr 05 min **Total time:** 1 hr 06 min | PASSED **Completed:** Jul 30, 2025 |
| Customer Service: Handling Abusive... | What is the best way to handle a customer who steps into dangerous territory? What strategies will help diffuse and refocus a bad interaction, and when is it appropriate to walk away? In this course, join customer... | **Time to pass:** 0 hr 57 min **Total time:** 1 hr 06 min | PASSED **Completed:** May 7, 2025 |
| CEO of Your Life Part 9: CEO of Senior Living Facilities: Haro... | Over the course of his career, Harold Sosna built businesses that created more than 10,000 jobs. He talks with us about his pathway from poverty to becoming a CEO. | **Time to pass:** 1 hr 05 min **Total time:** 1 hr 05 min | PASSED **Completed:** Jun 9, 2025 |
| Understanding Drainage and Water Distribution... | Understanding Drainage and Water Distribution Systems is a course by USAID, and is designed for anyone who wants to get a better understanding of the drain, waste, vent, and water distribution systems. This course will b... | **Time to pass:** 1 hr 04 min **Total time:** 1 hr 04 min | PASSED **Completed:** Feb 17, 2026 |
| Introduction to the 2nd Opportunity Programs | Winner of Cook County Sheriff's Office 2022 Reentry Initiative, The 2nd Opportunity Learning Path is designed for men and women inside jails and prisons preparing for release, as well as those on the outside who are... | **Time to pass:** 0 hr 53 min **Total time:** 1 hr 04 min | PASSED **Completed:** Apr 6, 2025 |
| Grow with Google: Communicate Effectively at... | Being able to communicate effectively can make or break one's work experience. In Communicate Effectively at Work, you will learn how to communicate and share information using Google Workspace... | **Time to pass:** 1 hr 04 min **Total time:** 1 hr 04 min | PASSED **Completed:** Jul 6, 2025 |

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Building Resilience | Have trouble getting by when the going gets tough? Everyone wants to perform well when the pressure's on, but a lot of us withdraw in times of stress or adversity. If you can build your resilience, you'll have an easier tim... | **Time to pass:** 1 hr 04 min **Total time:** 1 hr 04 min | **PASSED** Completed: May 26, 2025 |
| Grow with Google: Create a Resume in Google Docs | n Create a Resume in Google Docs, you will learn how to use a Google Docs template to create a resume for a job, scholarship, or extracurricular program. Brought to you by Grow with Google. Achieve the following objectives:... | **Time to pass:** 1 hr 03 min **Total time:** 1 hr 03 min | **PASSED** Completed: May 13, 2025 |
| Mossimo Giannulli: Personal Leadership Pa... | Mossimo Giannulli is well known for building an apparel company that has generated billions of dollars in revenues. And it all began with an idea for a t-shirt company. Throughout this course, you'll learn how... | **Time to pass:** 1 hr 02 min **Total time:** 1 hr 02 min | **PASSED** Completed: May 25, 2025 |
| Providing Legendary Customer Service | Do you truly understand how to provide great customer service? In this audio-only course from customer service expert Elaine Harris, she details how to serve your customers with excellent service. Elaine explains... | **Time to pass:** 0 hr 60 min **Total time:** 1 hr 01 min | **PASSED** Completed: May 7, 2025 |
| Persuading Others | In a workplace that's increasingly connected and less hierarchical, developing your persuasion skills can be one of the most valuable investments you can make. Some people believe persuasion is about manipulation... | **Time to pass:** 1 hr 01 min **Total time:** 1 hr 01 min | **PASSED** Completed: Jun 1, 2025 |
| Marketing on LinkedIn | LinkedIn provides a massive opportunity for you to digitally get in front of the people who may work with you, hire you, or buy from you. In this course, instructor Michaela Alexis presents several organic methods to... | **Time to pass:** 0 hr 51 min **Total time:** 1 hr 01 min | **PASSED** Completed: May 21, 2025 |
| Grow with Google: Explore Data Center Careers | In Explore Data Center Careers, you will learn how to research a data center career you're interested in using Google Search, then create a presentation using Google Slides. Brought to you by Grow with Google. Achieve t... | **Time to pass:** 0 hr 60 min **Total time:** 0 hr 60 min | **PASSED** Completed: Jun 10, 2025 |
| Blackstone's Criminal Procedure | In this course, students will learn what criminal procedure means and how it differs from a civil action, as well as the sources of United States laws relating to criminal procedure. At the end of this course, students... | **Time to pass:** 0 hr 57 min **Total time:** 0 hr 59 min | **PASSED** Completed: Aug 4, 2025 |
| Marketing Strategy: SEO Content Writing | There's an art to writing content that boosts your website's rankings. In this course, SEO expert and marketing consultant Kristina Azarenko teaches you how to use powerful SEO techniques to take your content... | **Time to pass:** 0 hr 59 min **Total time:** 0 hr 59 min | **PASSED** Completed: Jun 17, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Annotate Text in Google Docs | In order to provide clarification, commentary, or opinion to the author's words, you can annotate the text you are reading. The more you practice annotation, the more skilled you will become at reading complicated articles... | **Time to pass:** 0 hr 55 min **Total time:** 0 hr 55 min | **PASSED** Completed: Jul 21, 2025 |
| How Can I STOP My Anger? | HOW DARE YOU! WHAT IS THIS?! I COULD JUST...! Anger can be a hard emotion to deal with. It can push you to act in a way that you would never imagine. Anger can cause you to yell, hit, or say unimaginable things t... | **Time to pass:** 0 hr 54 min **Total time:** 0 hr 54 min | **PASSED** Completed: Aug 4, 2025 |
| Grow with Google: Identify Cyberbullying | Cyberbullying is sending, posting, or sharing negative, harmful, false, or mean content about someone else. It can also involve disclosing sensitive or private information about another person in a way that causes... | **Time to pass:** 0 hr 54 min **Total time:** 0 hr 54 min | **PASSED** Completed: Jun 24, 2025 |
| Embracing Unexpected Change | When we're caught off guard by a job loss or the crumbling of a personal relationship, it can be tough to move forward. But while we can't avoid these kinds of unexpected changes, we can control how we deal with... | **Time to pass:** 0 hr 31 min **Total time:** 0 hr 54 min | **PASSED** Completed: Apr 30, 2025 |
| Criminal Impulsivity by Pathway to Kinship | This course introduces participants to the concepts of criminal impulsivity and selfishness, explores their impacts, and discusses strategies for management. | **Time to pass:** 0 hr 53 min **Total time:** 0 hr 53 min | **PASSED** Completed: Jul 13, 2025 |
| Grow with Google: Structure an Argument in a... | An argument is made up of multiple pieces, including a thesis statement, transitions between the introduction, body, and conclusion, evidence, and a conclusion. In this course, you will learn how to structure an argumen... | **Time to pass:** 0 hr 53 min **Total time:** 0 hr 53 min | **PASSED** Completed: Jul 14, 2025 |
| Grow with Google: Build Healthy Digital Habits | In Build Healthy Digital Habits, you will learn how to explore your digital habits and achieve a balance between screen time and non-connected pursuits. This curriculum encourages you to work together to define... | **Time to pass:** 0 hr 52 min **Total time:** 0 hr 52 min | **PASSED** Completed: Jun 25, 2025 |
| Marketing: Copywriting for Social Media | The right words can move your audience to act. But reliably finding those words—and fine-tuning them for posts on different social media platforms—is no easy feat. Instructor and personal branding guru Michaela... | **Time to pass:** 0 hr 52 min **Total time:** 0 hr 52 min | **PASSED** Completed: Jun 18, 2025 |
| CEO of Your Life Part 5: Bookkeeping and Accountin... | "Erin is a successful accountant and entrepreneur who overcame considerable hardships at a young age. She began working in her early teens to secure her financial independence and escape abuse at home. Later, she... | **Time to pass:** 0 hr 51 min **Total time:** 0 hr 51 min | **PASSED** Completed: Jun 8, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 – Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Introduction to Electrical Studies | Skilled electricians and engineers work behind the scenes to ensure that we receive a continuous supply of electric power. In order to do this, they need to have a thorough understanding of the basic concepts and... | **Time to pass:** 0 hr 46 min **Total time:** 0 hr 50 min | **PASSED** Completed: May 4, 2025 |
| Grow with Google: Calculate Probability wit... | In Calculate Probability with Google Sheets, you will learn how to calculate the probability of rolling different combinations of numbers with two dice. By the end of this lesson, you should be able to achieve the following... | **Time to pass:** 0 hr 49 min **Total time:** 0 hr 49 min | **PASSED** Completed: Jul 15, 2025 |
| Grow with Google: Create a Responsible Blog with... | A blog is a frequently updated website or web page written in an informal or conversational style that is typically run by an individual. In this course, you will learn how to ghostwrite a blog in Google Sites. By the... | **Time to pass:** 0 hr 49 min **Total time:** 0 hr 49 min | **PASSED** Completed: Jun 25, 2025 |
| Grow with Google: Write Your Business Plan | In Write a Business Plan, you will learn how to write a well-designed business plan that includes what your market is, who your competitors are, and an analysis of your competitors. By the end of this lesson, you should... | **Time to pass:** 0 hr 48 min **Total time:** 0 hr 48 min | **PASSED** Completed: May 11, 2025 |
| Grow with Google: Estimate Financing for... | In Estimate Financing for Your Business Plan, you will learn how to use a spreadsheet to keep track of project expenses, profits, and losses for your first year in business. By the end of this lesson, you should be able... | **Time to pass:** 0 hr 47 min **Total time:** 0 hr 47 min | **PASSED** Completed: May 11, 2025 |
| How to Succeed on the Streets | All of us want to succeed in life. This is especially true for Christian prison inmates who have just been released. One problem they face is making day-to-day choices—something they didn't have to do behind bars... | **Time to pass:** 0 hr 47 min **Total time:** 0 hr 47 min | **PASSED** Completed: Jul 13, 2025 |
| Grow with Google: Start a Resume | In the Google course, Start a Resume, you will learn how to build a resume utilizing free Google Suite tools, like Google Docs. In this course, you will learn how to use existing templates to speed up your resume creation a... | **Time to pass:** 0 hr 39 min **Total time:** 0 hr 47 min | **PASSED** Completed: May 12, 2025 |
| Grow with Google: Search for Colleges Online | There are a lot of options when it comes to choosing a college. In this course, you'll learn how to search for colleges online and find one that fits your needs. By the end of this lesson, you should be able to achieve the... | **Time to pass:** 0 hr 47 min **Total time:** 0 hr 47 min | **PASSED** Completed: Jul 7, 2025 |
| Houses of Healing: The Basics | Houses of Healing has made a truly life-changing difference for thousands of incarcerated people. As one participant wrote... "I could not see myself making the progress I have made without this program. It was as if... | **Time to pass:** 0 hr 31 min **Total time:** 0 hr 47 min | **PASSED** Completed: Apr 30, 2025 |

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Prepare For Your Business Plan | Creating a business plan is essential when starting a business as it allows you to describe your goals and strategies and prepares you to discuss and promote your business with others, like people who can suppor... | **Time to pass:** 0 hr 45 min **Total time:** 0 hr 45 min | **PASSED** **Completed:** May 11, 2025 |
| Tips for Better Business Writing | Want to advance your communication skills? Improve your writing. Clear and concise writing is the key to helping your audience understand your message— whether it's delivered in an email, report, memo, or whi... | **Time to pass:** 0 hr 44 min **Total time:** 0 hr 44 min | **PASSED** **Completed:** Jun 18, 2025 |
| CEO of Your Life Part 4: Roofing Business with Casey Crowther | Casey started a roofing company that grew within five years to operate with more than $28 million in revenue. He began his career in his family's roofing business and worked his way through the ranks by demonstrating... | **Time to pass:** 0 hr 44 min **Total time:** 0 hr 44 min | **PASSED** **Completed:** Jun 8, 2025 |
| Grow With Google: Plan Effective Meetings | In Plan Effective Meetings, you will learn how to create a meeting agenda template, schedule a meeting, and share your agenda. These skills can only lead you toward success. Brought to you by Grow with Google.... | **Time to pass:** 0 hr 44 min **Total time:** 0 hr 44 min | **PASSED** **Completed:** Jul 2, 2025 |
| Introduction to Carpentry | A job in carpentry is not hard to get since you do not have to go to school for it, and it can be very rewarding. Throughout this course, you will learn about the basics of a carpentry job, the materials and tools carpenters... | **Time to pass:** 0 hr 43 min **Total time:** 0 hr 43 min | **PASSED** **Completed:** Apr 30, 2025 |
| Grow with Google: Explore Geographic Features in... | Geographic features include things such as locations, sites, areas, and regions. Natural features such as mountains, lakes, and springs are examples of geographical features. In this course, you will learn ho... | **Time to pass:** 0 hr 43 min **Total time:** 0 hr 43 min | **PASSED** **Completed:** Jul 14, 2025 |
| Grow with Google: Create a Flyer for a Juneteenth... | In Create a Flyer for a Juneteenth Celebration, you will learn about Juneteenth cultural traditions important to the Black community on the Google Arts & Culture website. Then, you will learn how to plan a Juneteenth... | **Time to pass:** 0 hr 42 min **Total time:** 0 hr 42 min | **PASSED** **Completed:** Jul 28, 2025 |
| Grow with Google: Create and Safeguard Passwords | Your sensitive personal data is kept secure by passwords, which guard your electronic accounts and devices against unauthorized access. In this course, you'll learn how to create and protect your passwords.... | **Time to pass:** 0 hr 42 min **Total time:** 0 hr 42 min | **PASSED** **Completed:** Jun 25, 2025 |
| How Do I Change? | This course, developed by Prison Fellowship, will give you a brief overview of the process of change. It includes helpful information about why change is difficult and explores a process to rethink negative... | **Time to pass:** 0 hr 31 min **Total time:** 0 hr 42 min | **PASSED** **Completed:** May 19, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 – Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Create a Photo Journal in Google Docs | In Create a Photo Journal with Google Docs, you will learn how to build a photo journal in a document and complete a journal entry. By the end of this lesson, you should be able to achieve the following objectives: *... | **Time to pass:** 0 hr 42 min **Total time:** 0 hr 42 min | **PASSED** Completed: Jul 1, 2025 |
| Unconscious Bias | To some degree, we are all biased. Our experiences shape who we are, and our dimensions of diversity—race, ethnicity, gender, height, weight, sexual orientation, place of birth, and other factors—impact th... | **Time to pass:** 0 hr 41 min **Total time:** 0 hr 41 min | **PASSED** Completed: Jun 1, 2025 |
| Grow with Google: Track Your Job Search Progress | In Track Your Job Search Progress you will learn how to track the progress of their job search using Google Sheets. Brought to you by Grow with Google. Achieve the following objectives: *Understand how to design a... | **Time to pass:** 0 hr 40 min **Total time:** 0 hr 40 min | **PASSED** Completed: Jun 11, 2025 |
| Creating a Communications Strategy | A communications strategy is the backbone of any good marketing or communications program. It provides a focus, with a clear goal and roadmap for how to best get your message to your target audience, and ensures th... | **Time to pass:** 0 hr 37 min **Total time:** 0 hr 40 min | **PASSED** Completed: May 4, 2025 |
| Grow with Google: Ask for Feedback | In Ask for Feedback you will learn how to create a feedback form in Google Forms to request feedback on a project you have already completed. Brought to you by Grow with Google. Achieve the following objectives:... | **Time to pass:** 0 hr 40 min **Total time:** 0 hr 40 min | **PASSED** Completed: Jun 2, 2025 |
| H.O.P.E. (Hone In Oppressed Potential to Evolve) | A thorough psychological examination of segregative thinking, prompting readers to reflect on their cognitive processes and the wider societal impacts. It underscores the importance of balancing analytical an... | **Time to pass:** 0 hr 39 min **Total time:** 0 hr 39 min | **PASSED** Completed: Jul 13, 2025 |
| Grow with Google: Try a Career in UX Design | In Try a Career in UX Design, you will explore the career of UX design, understand the skills required to pursue a UX design job, and learn how to build a wireframe in Google Slides. By the end of this lesson, you should be... | **Time to pass:** 0 hr 39 min **Total time:** 0 hr 39 min | **PASSED** Completed: Jun 3, 2025 |
| Career Exploration: Construction Industry | This course is intended to give you an overview and insight into careers in the field of construction. With a blend of industry information and exploratory videos, this course will help you understand the industry better... | **Time to pass:** 0 hr 39 min **Total time:** 0 hr 39 min | **PASSED** Completed: Apr 23, 2025 |
| Grow with Google: Avoid Online Scams | Online scams occur when someone takes advantage of others by using internet resources or software, usually for financial advantage. In this course, you'll learn how to detect online scams and avoid them. By the end of... | **Time to pass:** 0 hr 39 min **Total time:** 0 hr 39 min | **PASSED** Completed: Jun 24, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 – Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Course 1: Introduction to Entrepreneurship | Lesson 1: Envisioning Entrepreneurial Success There are 29.6 million small businesses in the United States, one for every ten residents. Of all small businesses, 52% are home-based businesses. Small businesses come in... | **Time to pass:** 0 hr 38 min **Total time:** 0 hr 39 min | **PASSED** Completed: May 4, 2025 |
| Grow with Google: Prepare for a Successful Job Interview | The most important step to landing a job is being prepared for your interviews. By doing some preparation you'll feel more in control, and will appear cool, calm, and collected as a result to your prospective employer... | **Time to pass:** 0 hr 38 min **Total time:** 0 hr 38 min | **PASSED** Completed: Jul 9, 2025 |
| Grow with Google: Show Appreciation with Google... | In Show Appreciation with Google Slides, you will learn how to create a presentation to say "thank you" to a member of your school or community, such as a teacher, coach, relative, or friend. By the end of this lesson, yo... | **Time to pass:** 0 hr 38 min **Total time:** 0 hr 38 min | **PASSED** Completed: Jun 29, 2025 |
| Why Trust Matters with Rachel Botsman | Author and Oxford University Trust Fellow Rachel Botsman has studied the ins and outs of trust for over a decade. Based on her best-selling book Who Can You Trust?, this course reveals the powerful ways trust... | **Time to pass:** 0 hr 38 min **Total time:** 0 hr 38 min | **PASSED** Completed: Jun 16, 2025 |
| TYRO: Breaking The Cycles of Self Destruction | Welcome to Breaking the Cycles of Self Destruction. This TYRO program addresses the five R's in a comprehensive way. You will be equipped with the character, relational, and ethical foundations needed to... | **Time to pass:** 0 hr 38 min **Total time:** 0 hr 38 min | **PASSED** Completed: Aug 4, 2025 |
| Grow with Google: Argue a Position on a Public Policy... | Public policy is a formalized idea or a predetermined set of measures, such as laws, rules, guidelines, and actions, that are intended to solve or address pertinent issues in the real world. In this course, you will learn h... | **Time to pass:** 0 hr 38 min **Total time:** 0 hr 38 min | **PASSED** Completed: Jul 21, 2025 |
| Grow with Google: Draw a Scientific Diagram | In Draw a Scientific Diagram, you will learn how to create a simple scientific diagram using Google Drawings. By the end of this lesson, you should be able to achieve the following objectives: * Understand what makes a... | **Time to pass:** 0 hr 37 min **Total time:** 0 hr 37 min | **PASSED** Completed: Jul 8, 2025 |
| Math - Addition, Subtraction, Multiplication, and Division | The material in this course comes from DCS GED® Prep Online. DCS GED® Prep Online was created and is operated by Diversified Computer Services, a private company based in Kenosha, Wisconsin. DCS GED Prep... | **Time to pass:** 0 hr 28 min **Total time:** 0 hr 37 min | **PASSED** Completed: Oct 8, 2024 |
| PTSD For Veterans | War veterans are highly likely to experience PTSD in their lifetime. For example, 30% of Iraq and Afghanistan veterans have been diagnosed with PTSD. Throughout this course, you will learn about the symptoms and... | **Time to pass:** 0 hr 24 min **Total time:** 0 hr 36 min | **PASSED** Completed: May 4, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Anger Management | This course will help you to learn to manage anger, stop violence or the threat of violence, develop self-control over thoughts and actions, and receive support and feedback from others. | **Time to pass:** 0 hr 35 min **Total time:** 0 hr 36 min | **PASSED** Completed: Jul 30, 2025 |
| Grow with Google: Create a Collage in Google... | In Create a Collage in Google Drawings, you will learn how to create a cultural collage using graphic design principles in Google Drawings. By the end of this lesson, you should be able to achieve the following objectives:... | **Time to pass:** 0 hr 35 min **Total time:** 0 hr 35 min | **PASSED** Completed: Aug 3, 2025 |
| Grow with Google: Find the Mean, Median, and Mode of a... | In Find the Mean, Median, and Mode of a Data Set, you will learn how to demonstrate statistical concepts using Google Sheets. By the end of this lesson, you should be able to achieve the following objectives: * Explain the... | **Time to pass:** 0 hr 35 min **Total time:** 0 hr 35 min | **PASSED** Completed: Jul 15, 2025 |
| JavaScript as a Second Language | JavaScript seems simple on the surface, with new features arriving often to make complicated tasks easier. However, sorting out that pile of features isn't so simple. How can you get past the strange names and syntax to... | **Time to pass:** 0 hr 35 min **Total time:** 0 hr 35 min | **PASSED** Completed: Jul 23, 2025 |
| Grow with Google: Plan Your Job Search in Google... | In Plan Your Job Search in Google Sheets, you will learn how to will organize your job search and track your progress using Google Sheets. Brought to you by Grow with Google. Achieve the following objectives:... | **Time to pass:** 0 hr 34 min **Total time:** 0 hr 34 min | **PASSED** Completed: Jun 30, 2025 |
| Grow with Google: Write the Lyrics for a Song | In Write the Lyrics for a Song, you will learn how to write the lyrics for a song using Google Docs. You will learn how to create a new document, type what the song will be about, create a bulleted list of words related to the... | **Time to pass:** 0 hr 34 min **Total time:** 0 hr 34 min | **PASSED** Completed: Jul 28, 2025 |
| Bottom Line Reasons to Hire the Formerly Incarcerated | Getting a job is one of the hardest challenges a formerly incarcerated citizen faces. The author of this course Bob Pelshaw refused to hire people with a criminal history, until he served time in Federal prison. While doing his... | **Time to pass:** 0 hr 34 min **Total time:** 0 hr 34 min | **PASSED** Completed: May 12, 2025 |
| Business Basics: Intro to Budgeting, Taxes, and... | Planning to start your own business after release? This course offers the foundational knowledge you need to get started the right way. Each short lesson breaks down essential topics like budgeting, business financing, tax... | **Time to pass:** 0 hr 34 min **Total time:** 0 hr 34 min | **PASSED** Completed: May 26, 2025 |
| Grow with Google: Track Graduation Requirements | Each school has different graduation requirements. Most schools require specific courses, volunteer hours, and a specific amount of credit hours. In this course, you will learn how to confirm your school's graduation... | **Time to pass:** 0 hr 33 min **Total time:** 0 hr 33 min | **PASSED** Completed: Jul 7, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 – Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Organize College... | Choosing a college is a big decision, however, it can be made easier by researching and writing down information about colleges that you're interested in. In this course, you'll learn how to save important... | **Time to pass:** 0 hr 33 min **Total time:** 0 hr 33 min | **PASSED** **Completed:** Jul 7, 2025 |
| Grow with Google: Design and Share a Digital Badge | A digital badge is a new kind of credential that allows you to show off specific abilities obtained via learning activities. In this course, you'll learn how to design and share a digital badge. By the end of this lesson, you... | **Time to pass:** 0 hr 33 min **Total time:** 0 hr 33 min | **PASSED** **Completed:** Jun 29, 2025 |
| Media Relations Foundations | If you want your business to succeed, you need as much brand recognition as you can get. In fact, getting media coverage can be a vital part of your company's success. But how do you find and secure coverage? In this... | **Time to pass:** 0 hr 27 min **Total time:** 0 hr 33 min | **PASSED** **Completed:** May 21, 2025 |
| Grow with Google: Create a One-Page Website | Creating a one-page website on Google is helpful when starting a business as it allows your content and navigation to stay on one single page, ensuring that the most important details, including a call to action, are... | **Time to pass:** 0 hr 33 min **Total time:** 0 hr 33 min | **PASSED** **Completed:** Jun 9, 2025 |
| Grow with Google: Create a Vision Board | In Create a Vision Board, you will learn how to create a drawing in Google Drawings to express future goals, choose a few areas of your life that you would like to focus on or improve, and use different tools within... | **Time to pass:** 0 hr 32 min **Total time:** 0 hr 32 min | **PASSED** **Completed:** Jul 1, 2025 |
| Career Exploration: Health Science | In this course you will learn about different jobs in the field of Health Science. As you read, think about which jobs may be interesting to you. This course was created with in formation from the Department of Labor Job... | **Time to pass:** 0 hr 32 min **Total time:** 0 hr 32 min | **PASSED** **Completed:** Apr 30, 2025 |
| Mossimo Giannulli: Personal Leadership Pa... | If you're living in a challenging situation, look to the future. Aspire to all that you can achieve. Aspirations lead to plans, and plans lead to action. | **Time to pass:** 0 hr 32 min **Total time:** 0 hr 32 min | **PASSED** **Completed:** May 25, 2025 |
| Grow with Google: Try a Career in Digital Marketing & E-... | In Try a Career in Digital Marketing and E-commerce, you will learn how to organize and visualize data in Google Sheets and add visualizations to Google Slides. By the end of this lesson, you should be able to achiev... | **Time to pass:** 0 hr 31 min **Total time:** 0 hr 32 min | **PASSED** **Completed:** May 21, 2025 |
| Grow with Google: Understand Your Digital... | Digital Footprint is the details about a specific person that is available online due to their online activity. In this course, you'll learn how to explore and understand your digital footprint. By the end of this lesson, you should b... | **Time to pass:** 0 hr 31 min **Total time:** 0 hr 31 min | **PASSED** **Completed:** Jun 24, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Research and Interview a... | In Research and Interview a Person from History, you will learn how to conduct online research about a historical person you've chosen and take notes in a document. By the end of this lesson, you should be abl... | **Time to pass:** 0 hr 31 min<br>**Total time:** 0 hr 31 min | **PASSED** Completed: Jul 14, 2025 |
| Grow with Google: Introduce Yourself to... | In Introduce Yourself to Potential Employers, you will learn how to create a short deck in Google Slides to highlight your education, experience, skills, and accomplishments. Brought to you by Grow with Google... | **Time to pass:** 0 hr 31 min<br>**Total time:** 0 hr 31 min | **PASSED** Completed: Jun 2, 2025 |
| Grow with Google: Create a Brochure | A brochure is a promotional document that is generally used to promote a company, organization, products, or services, as well as to inform prospective customers or members of the general public of the benefits. In this... | **Time to pass:** 0 hr 31 min<br>**Total time:** 0 hr 31 min | **PASSED** Completed: Jul 14, 2025 |
| Grow with Google: Analyze Data from Images in... | In Analyze Data from Images in Google Earth Engine, you will learn how to examine satellite imagery and data on a timelapse topic using Google Earth Engine. By the end of this lesson, you should be able to achieve the... | **Time to pass:** 0 hr 30 min<br>**Total time:** 0 hr 30 min | **PASSED** Completed: Jul 8, 2025 |
| Grow with Google: Design an Infographic in Google... | An infographic is a compilation of graphics, data visualizations such as pie charts and bar graphs, and little text that provides an easy-to-understand summary of a topic. In this course, you will learn how to design a... | **Time to pass:** 0 hr 30 min<br>**Total time:** 0 hr 30 min | **PASSED** Completed: Jul 14, 2025 |
| Grow with Google: Search for Scholarships | One type of financial aid given to students for their continued education is a scholarship. Scholarships are typically given out based on a set of factors, including academic achievement, diversity and inclusion, athleti... | **Time to pass:** 0 hr 30 min<br>**Total time:** 0 hr 30 min | **PASSED** Completed: Jul 7, 2025 |
| Grow with Google: Create a Virtual Family Reunion in... | In Create a Virtual Family Reunion in Google Slides, you will learn how to collaborate on a shared digital family reunion using Google Slides, and create a presentation with a template slide that family members can use to... | **Time to pass:** 0 hr 30 min<br>**Total time:** 0 hr 30 min | **PASSED** Completed: Jul 28, 2025 |
| Grow with Google: Make a Storyboard in Google Slides | A storyboard is a collection of images that illustrates the major scenes in a story. The pictures tell the story in the order that it is told, and they frequently have captions that give details about each scene's action or characte... | **Time to pass:** 0 hr 30 min<br>**Total time:** 0 hr 30 min | **PASSED** Completed: Jul 21, 2025 |
| Grow with Google: Make Art with Google Sheets | In Make Art in Google Sheets, you will learn how to use conditional formatting rules to create a personalized pixel art project in Google Sheets. By the end of this lesson, you should be able to achieve the following... | **Time to pass:** 0 hr 29 min<br>**Total time:** 0 hr 29 min | **PASSED** Completed: Jun 29, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

edovo

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 – Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Research Career Paths | In Research Career Paths, you will learn how to research potential career paths and organize your findings in Google Sheets. Brought to you by Grow with Google. Achieve the following objectives: *Understand how to... | **Time to pass:** 0 hr 29 min **Total time:** 0 hr 29 min | PASSED **Completed:** May 13, 2025 |
| Grow with Google: Send Emails in the Workplace | In Send Emails in the Workplace, you will learn how to write emails about two or more workplace scenarios, such as informing your boss you will be out sick or communicating a new workplace policy to a group, an... | **Time to pass:** 0 hr 29 min **Total time:** 0 hr 29 min | PASSED **Completed:** Jul 2, 2025 |
| Introduction to Community & Leadership with The Phoenix | The Phoenix is more than fitness and meditation- we are a community full of inspiring leaders! This course is an introduction to concepts that are important to building a healthy, supportive community that starts with leaders... | **Time to pass:** 0 hr 29 min **Total time:** 0 hr 29 min | PASSED **Completed:** May 19, 2025 |
| Career Exploration: Hospitality and Tourism | In this course you will learn about jobs in the fields of Hospitality and Tourism. As you read, think about which jobs may be interesting to you. This course was created with in formation from the Department of Labor Job... | **Time to pass:** 0 hr 29 min **Total time:** 0 hr 29 min | PASSED **Completed:** Apr 30, 2025 |
| Stressful Life Events | Post-traumatic stress disorder (PTSD) is a mental health disorder developed by either witnessing or experiencing terrifying events. Throughout this course, you'll learn the signs, symptoms, triggers, and treatment options of... | **Time to pass:** 0 hr 19 min **Total time:** 0 hr 29 min | PASSED **Completed:** May 4, 2025 |
| Grow with Google: Create a Book Character Map | A graphic organizer called a character map aids you in understanding a character's background as well as how the character affects and is affected by the plot, setting, and other characters. In this course, you will learn how... | **Time to pass:** 0 hr 29 min **Total time:** 0 hr 29 min | PASSED **Completed:** Jul 21, 2025 |
| Grow with Google: Make Art Inspired by Frida Kahlo an... | In Make Art Inspired by Frida Kahlo and Mexico, you will learn how to use conditional formatting rules to create a pixel art project in Google Sheets and find inspiration for your art in an online exhibit about iconic Mexican artist... | **Time to pass:** 0 hr 28 min **Total time:** 0 hr 28 min | PASSED **Completed:** Aug 3, 2025 |
| Grow with Google: Launch a Successful Ad Grants... | Ad Grants are free advertisement funds for nonprofit organizations. In order for advertisements to appear in Google search results, the company uses Google Ads, a type of online advertising that millions of for-profit... | **Time to pass:** 0 hr 28 min **Total time:** 0 hr 28 min | PASSED **Completed:** Jul 9, 2025 |
| Grow with Google: Explore Careers by Interviewing... | In Explore Careers by Interviewing Professionals, you will learn how to write interview questions and conduct an interview. Brought to you by Grow with Google. Achieve the following objectives: *Understand how to... | **Time to pass:** 0 hr 28 min **Total time:** 0 hr 28 min | PASSED **Completed:** Jun 2, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Wage a Sea Battle with Google Sheets | Sea Battle is a strategic guessing game for two players. It is played on ruled grids (paper or board) with each player's fleet of warships labeled. In this course, you will learn how to wage a sea battle. By the end of this... | **Time to pass:** 0 hr 28 min **Total time:** 0 hr 28 min | **PASSED** Completed: Jun 29, 2025 |
| Grow with Google: Create a Community My Map | In Create a Community My Map, you will learn how to customize a map that highlights locations important to your community and culture with Google My Maps, and use visual and written descriptions to highlight the... | **Time to pass:** 0 hr 28 min **Total time:** 0 hr 28 min | **PASSED** Completed: Jul 27, 2025 |
| Grow with Google: Organize Your Time with a... | In Organize Your Time with a Digital Agenda, you will learn how to use Google Calendar to organize and manage your time by scheduling events, reminders, and tasks in the calendar. You will also learn how to use the... | **Time to pass:** 0 hr 28 min **Total time:** 0 hr 28 min | **PASSED** Completed: Jun 30, 2025 |
| Grow with Google: Calculate Percentages i... | In Calculate Percentages in Google Sheets, you will learn how to calculate percentages in Google Sheets to track the cost of a list of items needed for an activity. By the end of this lesson, you should be able to achieve the... | **Time to pass:** 0 hr 28 min **Total time:** 0 hr 28 min | **PASSED** Completed: Jul 15, 2025 |
| Grow with Google: Search for a Part-Time or Summer Job | In Google Search for Beginners you will learn how to find the information you need quickly. Brought to you by Grow with Google. Achieve the following objectives: *Understand how to go create a list of interests, skills,... | **Time to pass:** 0 hr 28 min **Total time:** 0 hr 28 min | **PASSED** Completed: Jun 2, 2025 |
| Grow with Google: Create Papel Picado in Google Slides | In Create Papel Picado in Google Slides, you will learn how to create a digital version of the Mexican folk art, papel picado using Google Slides. By the end of this lesson, you should be able to achieve the following... | **Time to pass:** 0 hr 28 min **Total time:** 0 hr 28 min | **PASSED** Completed: Aug 3, 2025 |
| Conflict Resolution: Bringing Order to Disorder | This course will educate others on how to understand emotions, identify conflict, and learn effective problem-solving strategies. Participants will learn and utilize cognitive behavioral therapy techniques to identify... | **Time to pass:** 0 hr 15 min **Total time:** 0 hr 27 min | **PASSED** Completed: May 21, 2025 |
| Grow with Google: Create a Clickable Map in Google Slides | A clickable map is a visual tool that has specific regions on it that when clicked will link to another URL address. In this course, you will learn how to create a clickable map in Google Slides. By the end of this lesson, you... | **Time to pass:** 0 hr 27 min **Total time:** 0 hr 27 min | **PASSED** Completed: Jul 14, 2025 |
| Grow with Google: Manage Your Time with Google Sheets | In Manage Your Time with Google Sheets, you will learn how to analyze your day and make decisions about how you spend your time. You will learn how to create a spreadsheet, add the activities you performed or... | **Time to pass:** 0 hr 27 min **Total time:** 0 hr 27 min | **PASSED** Completed: Jul 1, 2025 |

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 – Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Augmented Reality Marketing | Augmented reality (AR) can be a key tool in a marketer's toolbox—and, importantly, it's quickly becoming known as the "heart of the metaverse." As consumer expectations shift rapidly, and a great number of peopl... | **Time to pass:** 0 hr 27 min **Total time:** 0 hr 27 min | **PASSED** Completed: Jun 15, 2025 |
| Career Exploration: Marketing, Sales, and... | There are many opportunities in the marketing, sales, and service industries. This course will introduce you to some of these positions. Throughout this course, you will learn about the requirements and job descriptions ... | **Time to pass:** 0 hr 27 min **Total time:** 0 hr 27 min | **PASSED** Completed: Apr 30, 2025 |
| Grow with Google: Give and Receive Feedback | In Give and Receive Feedback, you will learn how to create a short invitation in Google Docs, then exchange written feedback with a partner through digital collaboration. Knowing how to communicate your... | **Time to pass:** 0 hr 26 min **Total time:** 0 hr 26 min | **PASSED** Completed: Jul 2, 2025 |
| Grow with Google: Collaborate to Tell a Story | In this course, you will learn how to collaborate with others to write a story. By the end of this lesson, you should be able to achieve the following objectives: * Understand how to work with a group to create a story.... | **Time to pass:** 0 hr 26 min **Total time:** 0 hr 26 min | **PASSED** Completed: Jul 21, 2025 |
| Grow with Google: Try a Career in Data Analytics | In Try a Career in Data Analytics, you will learn how to analyze data like a data analyst by filtering, sorting, calculating averages, and creating a visualization in Google Sheets. By the end of this lesson, you should b... | **Time to pass:** 0 hr 26 min **Total time:** 0 hr 26 min | **PASSED** Completed: Jun 3, 2025 |
| Grow with Google: Work with Fractions in Google Sheets | In Work with Fractions in Google Sheets, you will learn how to adjust the size of a recipe using Google Sheets. By the end of this lesson, you should be able to achieve the following objectives: * Understand how to adjust th... | **Time to pass:** 0 hr 26 min **Total time:** 0 hr 26 min | **PASSED** Completed: Jul 15, 2025 |
| Grow with Google: Develop a Model in Google... | In Develop a Model in Google Drawings, you will learn how to use data from a spreadsheet to develop a science model in Google Drawings. By the end of this lesson, you should be able to achieve the following... | **Time to pass:** 0 hr 26 min **Total time:** 0 hr 26 min | **PASSED** Completed: Jul 8, 2025 |
| Grow with Google: Start or Join a Video Conference wi... | In Start or Join a Conference in Google Meet, you will learn to how to use Google Meet to hold video conferences for work or personal use. Brought to you by Grow with Google. Achieve the following objectives:... | **Time to pass:** 0 hr 25 min **Total time:** 0 hr 25 min | **PASSED** Completed: Jul 8, 2025 |
| Grow with Google: Build Your Professional... | In Build Your Professional Brand, you will learn how to build a professional brand profile in Google Slides to promote yourself for a job, school, or college opportunity, highlighting your qualities, skills,... | **Time to pass:** 0 hr 25 min **Total time:** 0 hr 25 min | **PASSED** Completed: Jun 2, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 – Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Plan a Science Investigation | In Plan a Science Investigation, you will learn how to plan a science investigation by creating a presentation in Google Slides. By the end of this lesson, you should be able to achieve the following objectives: * Understand... | **Time to pass:** 0 hr 25 min **Total time:** 0 hr 25 min | **PASSED** Completed: Jul 8, 2025 |
| Career Exploration: Business, Management,... | Business, management, and administration make up various job fields. This lesson will teach you about some of those fields. Throughout this course, you will learn about some careers in business, management, and... | **Time to pass:** 0 hr 23 min **Total time:** 0 hr 25 min | **PASSED** Completed: Apr 30, 2025 |
| Grow with Google: Prepare for the FAFSA | In order to determine eligibility for student financial aid, prospective and current college students in the United States must fill out the Free Application for Federal Student Aid. In this course, you'll learn how to organize... | **Time to pass:** 0 hr 25 min **Total time:** 0 hr 25 min | **PASSED** Completed: Jul 7, 2025 |
| Grow with Google: Refresh Your Resume for Your Job Hunt | Good communication is a skill that will benefit you in every area of your life. In this course, you will learn how to communicate your experience more effectively by learning how to improve your resume using Google... | **Time to pass:** 0 hr 25 min **Total time:** 0 hr 25 min | **PASSED** Completed: May 12, 2025 |
| Grow with Google: Prepare for Your First Day of Work | In Prepare for Your First Day of Work, you will learn how to create a table to organize important information about a new job and plan a route to work using Google Maps. Brought to you by Grow with Google. Achieve the... | **Time to pass:** 0 hr 25 min **Total time:** 0 hr 25 min | **PASSED** Completed: Jun 9, 2025 |
| Grow with Google: Write a Summary of an Informative Text | A text summary is a brief or shortened version of a text's key points. In this course, you will learn how to summarize an informative text. By the end of this lesson, you should be able to achieve the following objectives:... | **Time to pass:** 0 hr 25 min **Total time:** 0 hr 25 min | **PASSED** Completed: Jul 20, 2025 |
| Empathy for Customer Service Professionals | Customer service people may answer questions accurately and resolve problems swiftly, but the interaction can still end badly if a customer doesn't feel positive. Learn about how practicing empathy—buildin... | **Time to pass:** 0 hr 24 min **Total time:** 0 hr 24 min | **PASSED** Completed: May 5, 2025 |
| Grow with Google: Connect and Collaborate From Anywher... | In Connect and Collaborate From Anywhere with Digital Tools, you will learn how to use digital collaboration tools to connect with others no matter locations, make teams more efficient and productive, and help achieve... | **Time to pass:** 0 hr 24 min **Total time:** 0 hr 24 min | **PASSED** Completed: Jul 2, 2025 |
| SquareUp - Entrepreneurship | SquareUp is a self-paced course that provides foundational knowledge for using entrepreneurial thinking to build a career, a business, or both. Assignments cover the concepts of personal... | **Time to pass:** 0 hr 23 min **Total time:** 0 hr 24 min | **PASSED** Completed: May 11, 2025 |

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 – Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Negotiate Your Salary | In Negotiate Your Salary you will learn how to prepare to ask for a pay raise by recording information about yourself and your job in Google Docs. The work you do is important, as is knowing your worth. Google brings... | **Time to pass:** 0 hr 24 min **Total time:** 0 hr 24 min | PASSED **Completed:** Jun 2, 2025 |
| Grow with Google: Prepare for a College Interview | Some colleges require applicants to complete a college interview as part of the application process. A representative from the admissions office, a current student, or a college alum may meet with you in perso... | **Time to pass:** 0 hr 24 min **Total time:** 0 hr 24 min | PASSED **Completed:** Jul 7, 2025 |
| Grow with Google: Evaluate Credibility of... | To ensure the information you're receiving is accurate, it's crucial to assess the reliability of online sources. In this course you learn how to evaluate the credibility of online sources. By the end of this lesson, you should b... | **Time to pass:** 0 hr 23 min **Total time:** 0 hr 23 min | PASSED **Completed:** Jun 25, 2025 |
| Grow with Google: Track Due Dates and Tasks in Gmail | In Track Due Dates and Tasks in Gmail, you will learn how to keep track of important dates and tasks using the side panel in Gmail. You will learn how to add events with due dates and descriptions to a calendar, create a... | **Time to pass:** 0 hr 23 min **Total time:** 0 hr 23 min | PASSED **Completed:** Jul 1, 2025 |
| Grow with Google: Communicate With Your Tea... | Google Chat is a communication service that was created by Google. In this course, you will learn how to utilize this application and communicate with others using Google Chat. By the end of this lesson, you shou... | **Time to pass:** 0 hr 23 min **Total time:** 0 hr 23 min | PASSED **Completed:** Jul 8, 2025 |
| Grow with Google: Analyze Book Characters and Cast The... | In Analyze Book Characters and Cast Them in a Movie, you will learn how to analyze book characters using a table in Google Docs to share character details and cast a movie of the book. By the end of this lesson, you... | **Time to pass:** 0 hr 23 min **Total time:** 0 hr 23 min | PASSED **Completed:** Jul 21, 2025 |
| Grow with Google: Present Your Ideas for Classroom... | In Present Your Ideas for Classroom Expectations, you will learn about the importance of having shared classroom expectations to create a safe and comfortable learning environment. By the end of this lesson, you... | **Time to pass:** 0 hr 23 min **Total time:** 0 hr 23 min | PASSED **Completed:** Jun 29, 2025 |
| Preparing for the Food and Alcohol Safety Exams | Preparing for the Food and Alcohol Safety Exams | **Time to pass:** 0 hr 23 min **Total time:** 0 hr 23 min | PASSED **Completed:** Jul 30, 2025 |
| Grow with Google: Build Your Professional... | In Build Your Professional Network you will create a spreadsheet to organize your professional network, search online for a new contact, and write an email to a contact to request an informational interview. Brought t... | **Time to pass:** 0 hr 23 min **Total time:** 0 hr 23 min | PASSED **Completed:** Jun 2, 2025 |

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Build a Logo to Express Who You Are | In Build a Logo to Express Who You Are, you will learn how to design a logo that describes your identity using Google Drawings. You will learn how to create a document, list words or phrases to describe yourself,... | **Time to pass:** 0 hr 22 min **Total time:** 0 hr 22 min | PASSED **Completed:** Jul 28, 2025 |
| Grow With Google: Edit Your Resume | Having a strong resume can help you in the eyes of a potential employer. In Edit Your Resume, You will learn how to open an existing resume to edit and revise the contents. Brought to you by Grow with Google. Achiev... | **Time to pass:** 0 hr 21 min **Total time:** 0 hr 22 min | PASSED **Completed:** May 12, 2025 |
| Grow with Google: Try a Career in Project Management | In Try a Career in Project Management, you will learn how to create a meeting agenda template that a project manager would use with Google Docs. By the end of this lesson, you should be able to achieve the following... | **Time to pass:** 0 hr 22 min **Total time:** 0 hr 22 min | PASSED **Completed:** May 19, 2025 |
| Grow with Google: Compare and Contrast in... | In Compare and Contrast in Google Slides, you will learn how to compare and contrast literary works in Google Slides to understand and analyze their similarities and differences. By the end of this lesson, you should be... | **Time to pass:** 0 hr 22 min **Total time:** 0 hr 22 min | PASSED **Completed:** Jul 21, 2025 |
| Grow with Google: Draft an Application Essay | An essay or other written statement submitted as part of an application for admission is known as an admissions or application essay. The applicant is typically a prospective student who is applying to a college,... | **Time to pass:** 0 hr 22 min **Total time:** 0 hr 22 min | PASSED **Completed:** Jul 7, 2025 |
| Grow with Google: Interview a Book Character | In Interview a Book Character, you will learn how to analyze a character while building a slide presentation. By the end of this lesson, you should be able to achieve the following objectives: * Understand how to create a... | **Time to pass:** 0 hr 21 min **Total time:** 0 hr 21 min | PASSED **Completed:** Jul 21, 2025 |
| Grow with Google: Plan Seasonal Activities with... | Many fun activities happen seasonally, and it can be hard to keep track of them. In this course, you will learn how to plan seasonal activities with Google Sheets. By the end of this lesson, you should be able to achieve th... | **Time to pass:** 0 hr 21 min **Total time:** 0 hr 21 min | PASSED **Completed:** Jul 13, 2025 |
| Grow with Google: How to Write a Cover Letter | In Write a Cover Letter for a Job or Career Change, you will learn how to write a compelling cover letter that explains your skills and experiences to a potential employer. You already have the experience, now you j... | **Time to pass:** 0 hr 20 min **Total time:** 0 hr 21 min | PASSED **Completed:** May 18, 2025 |
| Career Exploration: Human Services | In this course you will learn about jobs in the field of Human Services. As you read, think about what jobs may be interesting to you. This course was created with in formation from the Department of Labor Job Profiles. | **Time to pass:** 0 hr 20 min **Total time:** 0 hr 21 min | PASSED **Completed:** Apr 30, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 – Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Make a Flowchart | In Make a Flowchart, you will learn how to create a flowchart to visualize a process in Google Drawings. By the end of this lesson, you should be able to achieve the following objectives: * Understand how to use a digital... | **Time to pass:** 0 hr 21 min **Total time:** 0 hr 21 min | PASSED **Completed:** Jul 8, 2025 |
| Grow with Google: Build a Book Report in Google Slides | The typical focus of book reports is on providing an account of the main plot, characters, thesis, and/or main idea of the work; they frequently describe what occurs in a work. In this course, you will learn how to build a... | **Time to pass:** 0 hr 20 min **Total time:** 0 hr 20 min | PASSED **Completed:** Jul 21, 2025 |
| Grow with Google: Create a Scrapbook | In Create a Scrapbook, you will learn how to use images, text, and video to create a digital scrapbook that you can share with others. By the end of this lesson, you should be able to achieve the following objectives: *... | **Time to pass:** 0 hr 20 min **Total time:** 0 hr 20 min | PASSED **Completed:** Jul 2, 2025 |
| Mossimo Giannulli: Personal Leadership Pa... | We've always got to keep our head in the game to seize opportunities. Simultaneously, we make the world aware of us. | **Time to pass:** 0 hr 08 min **Total time:** 0 hr 20 min | PASSED **Completed:** May 25, 2025 |
| Career Exploration: The Transportation Industry | OVERVIEW: This course is intended to give you an overview and insight into careers in the field of transportation. With a blend of industry information and exploratory videos, this course will help you understan... | **Time to pass:** 0 hr 20 min **Total time:** 0 hr 20 min | PASSED **Completed:** Apr 30, 2025 |
| Grow with Google: Create a Digital Postcard | In Create a Digital Postcard, you will learn how to create a digital postcard about your hometown, another place you've visited, or another topic of your choice. By the end of this lesson, you should be able to achieve the... | **Time to pass:** 0 hr 20 min **Total time:** 0 hr 20 min | PASSED **Completed:** Jul 1, 2025 |
| Grow with Google: Revise and Edit a Piece of Writing | Revision means to see again or to examine something critically and objectively. Revisioning a piece of writing involves reexamining your arguments, reviewing your evidence, organizing your presentation, and reviving... | **Time to pass:** 0 hr 19 min **Total time:** 0 hr 19 min | PASSED **Completed:** Jul 20, 2025 |
| Grow with Google: Design a Poster About You | Posters are intended to be both visually appealing and informational. Posters may be used for a variety of purposes. They are frequently used by advertising, demonstrators, and other groups seeking to... | **Time to pass:** 0 hr 19 min **Total time:** 0 hr 19 min | PASSED **Completed:** Jun 29, 2025 |
| Grow with Google: Write a Cover Letter for Your First Job | In Write a Cover Letter for Your First Job, you will learn how to write a compelling cover letter that explains your skills and experiences to a potential employer. Brought to you by Grow with Google. Achieve the following... | **Time to pass:** 0 hr 18 min **Total time:** 0 hr 18 min | PASSED **Completed:** May 18, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Ask Someone to Be a Reference | A reference is a person who can describe your qualifications and character. In this course, you will use learn how to use digital tools to organize information about possible references and how to communicate wi... | **Time to pass:** 0 hr 18 min **Total time:** 0 hr 18 min | **PASSED** Completed: Jun 2, 2025 |
| Grow with Google: Google Meet for Beginners | In Google Meet for Beginners you will learn the basic skills required to start, schedule, and join a Google Meet. These skills can only lead you toward success. Brought to you by Grow with Google. Achieve the following... | **Time to pass:** 0 hr 18 min **Total time:** 0 hr 18 min | **PASSED** Completed: Jul 16, 2025 |
| Grow with Google: Gmail for Beginners | Gmail is a free application that comes with every Google account. In this course, you will learn how to utilize this application and do things like exploring your inbox, composing an email, adding attachments to your email... | **Time to pass:** 0 hr 17 min **Total time:** 0 hr 17 min | **PASSED** Completed: Jul 16, 2025 |
| Managing My Emotions in My Relationships | Navigating relationships while managing your own emotions can be tough, but it's not impossible. We all have daily interactions with our friends, family members, acquaintances, or even those in authority that give us... | **Time to pass:** 0 hr 17 min **Total time:** 0 hr 17 min | **PASSED** Completed: Feb 18, 2026 |
| Grow with Google: Update Your Resume for Your Civilian J... | In this course, as a military veteran, you will learn how to prepare your resume for civilian employment by editing and updating details in Google Docs. You did a brave and kind thing serving your country. Learn how to... | **Time to pass:** 0 hr 16 min **Total time:** 0 hr 17 min | **PASSED** Completed: May 12, 2025 |
| Grow with Google: Google Docs for Beginners | In this course, you will learn about some basic skills in Google Docs, which is a free online tool, used to create text documents. Some of the skills you'll learn about include creating a document, adding text, and adjustin... | **Time to pass:** 0 hr 16 min **Total time:** 0 hr 16 min | **PASSED** Completed: Jul 16, 2025 |
| Grow with Google: Organize College... | Keeping track of college applications can be hard to manage. In this course, you'll learn how to track and organize college applications in Google Sheets. By the end of this lesson, you should be able to achieve the... | **Time to pass:** 0 hr 16 min **Total time:** 0 hr 16 min | **PASSED** Completed: Jul 7, 2025 |
| Career Exploration: Manufacturing | In this course you will learn about jobs in the field of Manufacturing. As you read, think about which jobs may interest you, and what steps you can take to pursue that career path. This course was created with in formation... | **Time to pass:** 0 hr 16 min **Total time:** 0 hr 16 min | **PASSED** Completed: Apr 23, 2025 |
| Mossimo Giannulli: Personal Leadership Pa... | To build a great business, we've got to set clear goals. Mossimo offers insight into his goal-setting strategies. | **Time to pass:** 0 hr 15 min **Total time:** 0 hr 15 min | **PASSED** Completed: May 25, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

![edovo]

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

| Course name | Overview | Time | Status |
|---|---|---|---|
| Grow with Google: Google Calendar for Beginners | In Google Calendar for Beginners you will learn how to explore the features of Google Calendar, then create an event and invite guests. Brought to you by Grow with Google. Achieve the following objectives: *Understand... | **Time to pass:** 0 hr 15 min **Total time:** 0 hr 15 min | **PASSED** **Completed:** Jul 16, 2025 |
| Career Exploration: Information Technology | The technology field is constantly evolving, and new jobs that you might not be aware of are continually emerging. Throughout this course, you will learn about some job fields in information technology. By the end o... | **Time to pass:** 0 hr 15 min **Total time:** 0 hr 15 min | **PASSED** **Completed:** Apr 30, 2025 |
| Grow with Google: Use Digital Tools to Work Remotely | In Use Digital Tools to Work Remotely, you will learn how to prepare for success at a remote job by creating a to-do list, scheduling recurring breaks, and practicing video-conferencing skills. By the end of this lesson, yo... | **Time to pass:** 0 hr 15 min **Total time:** 0 hr 15 min | **PASSED** **Completed:** Jun 3, 2025 |
| Managing My Emotions | Are you feeling mad? Happy? Frustrated? Fearful? Sad? The ability to recognize and manage emotions is an important skill in everyday situations and comes in handy when problematic or difficult events arise in you... | **Time to pass:** 0 hr 14 min **Total time:** 0 hr 14 min | **PASSED** **Completed:** May 19, 2025 |
| Grow with Google: Google Search for Beginners | In Google Search for Beginners you will learn how to find the information you need quickly. Brought to you by Grow with Google. Achieve the following objectives: *Understand how to go to Google.com *Understand... | **Time to pass:** 0 hr 14 min **Total time:** 0 hr 14 min | **PASSED** **Completed:** Jul 16, 2025 |
| Mossimo Giannulli: Personal Leadership Pa... | Mossimo tell us that it takes ten pennies to make a dime. Take incremental action steps to build the life you want to lead. | **Time to pass:** 0 hr 14 min **Total time:** 0 hr 14 min | **PASSED** **Completed:** May 25, 2025 |
| Mossimo Giannulli: Personal Leadership Pa... | Attitude may be essential to success. If we want to reach our highest potential, we need to make a 100% commitment to success, as we've defined it. | **Time to pass:** 0 hr 13 min **Total time:** 0 hr 13 min | **PASSED** **Completed:** May 25, 2025 |
| Introduction to Legal Studies | Legal studies is a branch of study that focuses on how the law affects and interacts with many aspects of our life. Throughout this course, you will learn about the characteristics of effective law, the difference between... | **Time to pass:** 0 hr 13 min **Total time:** 0 hr 13 min | **PASSED** **Completed:** Apr 7, 2025 |
| Grow with Google: Google Drive for Beginners | Google Drive is a safe, secure online location where you can store digital files. In this course, you will learn how to utilize this application and store your digital files securely online. By the end of this lesson, you should b... | **Time to pass:** 0 hr 11 min **Total time:** 0 hr 11 min | **PASSED** **Completed:** Jul 16, 2025 |

**OFFICIAL TRANSCRIPT FOR:**
ZACHARY VANTUYL

| Course name | Overview | Time | Status |
|---|---|---|---|
| Mossimo Giannulli: Personal Leadership Pa... | Pursue success in a pathway that allows you to measure progress. By creating accountability logs, a person can grow and become more that what others say. | **Time to pass:** 0 hr 11 min **Total time:** 0 hr 11 min | PASSED **Completed:** May 25, 2025 |
| Criminal Process: The Basics | The legal process is very complicated and can be difficult to understand. In this course you will learn about the criminal process from arrest to sentencing. This course is not legal advice. | **Time to pass:** 0 hr 11 min **Total time:** 0 hr 11 min | PASSED **Completed:** Jan 15, 2025 |
| Mossimo Giannulli: Personal Leadership Pa... | Don't talk about wanting to be successful. Sow seeds today for the success that you're determined to become tomorrow. | **Time to pass:** 0 hr 11 min **Total time:** 0 hr 11 min | PASSED **Completed:** May 25, 2025 |
| What You Value Fuels What You Do | This course asks you to examine your actions to discover your true values. Sometimes the things we say we value don't line up with our actions. This course gives you a chance to reflect on your values and explo... | **Time to pass:** 0 hr 09 min **Total time:** 0 hr 09 min | PASSED **Completed:** Jul 7, 2025 |
| Getting Comfortable With Being Uncomfortable | Given a choice, most people avoid things that might make them uncomfortable. Sometimes, though, it's the situations that make us uncomfortable that can lead us to grow the most. Learning something new, practicing ... | **Time to pass:** 0 hr 06 min **Total time:** 0 hr 08 min | PASSED **Completed:** May 19, 2025 |
| Mossimo Giannulli: Personal Leadership Pa... | Celebrate every achievement, no matter how small. Your small steps lead to new opportunities. | **Time to pass:** 0 hr 07 min **Total time:** 0 hr 07 min | PASSED **Completed:** May 25, 2025 |
| In the Courtroom | In this course you will learn some basics about the courtroom part of the criminal process. The topics covered in this course are: courtroom etiquette; the role of a Public Defender, and how to represent yourself. | **Time to pass:** 0 hr 07 min **Total time:** 0 hr 07 min | PASSED **Completed:** Jan 15, 2025 |
| Mapping My Life's Journey | What does the road of your life look like? Lots of potholes? Hills? Valleys? Interesting stops along the way? In this course, you will be afforded the opportunity to stop, reflect, and outline all of your life's experience... | **Time to pass:** 0 hr 06 min **Total time:** 0 hr 06 min | PASSED **Completed:** Jul 7, 2025 |
| Mossimo Giannulli: Personal Leadership Pa... | Life opens more opportunities when we live as contributors. Work toward being the change you want to see by expressing appreciation for the blessings that come your way. | **Time to pass:** 0 hr 02 min **Total time:** 0 hr 02 min | PASSED **Completed:** May 25, 2025 |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785

Oct 6, 2024 - Mar 31, 2026
Yakima County, WA

## Supplemental Learning - 54 hr 43 min

### Summary

Listed below are the top **12** supplemental interactive learning items ZACHARY has spent time on. In addition, ZACHARY has engaged with **17 readings**, **149 learning videos**, and **21 audio recordings**.

| Title | Time |
| --- | --- |
| Eric the Car Guy - Noises | 5 hr 36 min |
| Eric the Car Guy - Brakes | 4 hr 55 min |
| Our Daily Bread - Q4 2024 | 4 hr 16 min |
| Our Daily Bread - Q3 2019 | 3 hr 54 min |
| Our Daily Bread - Q2 2020 | 3 hr 41 min |
| Eric the Car Guy - Transmissions | 3 hr 33 min |
| Eric the Car Guy - Performance and Drivability | 3 hr 27 min |
| Eric the Car Guy - Engine Overheat | 2 hr 53 min |
| Eric the Car Guy - HVAC | 2 hr 51 min |
| Our Daily Bread - Q1 2021 | 2 hr 15 min |
| Our Daily Bread Devotional | 1 hr 37 min |
| The Foundations of Fitness | 1 hr 35 min |

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

**ZACHARY's Learner ID:** 398785



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Managing My Emotions in My Relationships

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 18, 2026

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

How Can I ANCHOR Myself to the Present?

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 18, 2026

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Understanding Drainage and Water Distribution Systems

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 17, 2026

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## The Roadtrip Nation Experience

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 04, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Blackstone's Criminal Procedure

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 04, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Blackstone's Skills for Success

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 04, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## How Can I STOP My Anger?

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 04, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

TYRO: Breaking The Cycles of Self Destruction

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 04, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Make Art Inspired by Frida Kahlo and Mexico

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 03, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Create Papel Picado in Google Slides

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 03, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Create a Collage in Google Drawings

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 03, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Anger Management

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

Provided by





# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## PREP Domestic Violence

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Computer Science Principles: Programming

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 30, 2025

------------------------------------------
Date

------------------------------------------
President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Preparing for the Food and Alcohol Safety Exams

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## MERN Essential Training

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 29, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Create a Virtual Family Reunion in Google Slides

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 28, 2025
-------------------------------------------
Date

-------------------------------------------
President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Create a Flyer for a Juneteenth Celebration

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 28, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Write the Lyrics for a Song

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 28, 2025
---------------------------------------------
Date

---------------------------------------------
President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Build a Logo to Express Who You Are

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 28, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

JavaScript: The Tricky Bits

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 27, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Grow with Google: Create a Community My Map

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 27, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Learning JavaScript Debugging

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 23, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## JavaScript as a Second Language

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 23, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## JavaScript: Classes

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 23, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Peace Education Program - CL

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 22, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Make a Storyboard in Google Slides

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 21, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Collaborate to Tell a Story

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 21, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Argue a Position on a Public Policy Issue

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 21, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Analyze Book Characters and Cast Them in a Movie

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 21, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Compare and Contrast in Google Slides

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 21, 2025

---

Date

---

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Annotate Text in Google Docs

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 21, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Create a Book Character Map

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 21, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Grow with Google: Interview a Book Character

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 21, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Build a Book Report in Google Slides

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 21, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Revise and Edit a Piece of Writing

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 20, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Write a Summary of an Informative Text

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 20, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Introduction to Artificial Intelligence

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 16, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Google Calendar for Beginners

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 16, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Google Meet for Beginners

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 16, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Google Docs for Beginners

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 16, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Google Drive for Beginners

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 16, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Gmail for Beginners

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 16, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Google Search for Beginners

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 16, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Find the Mean, Median, and Mode of a Data Set

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 15, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Calculate Percentages in Google Sheets

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 15, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Work with Fractions in Google Sheets

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 15, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Calculate Probability with Google Sheets

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 15, 2025
-------------------------------------------
Date

-------------------------------------------
President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Brian Hamilton Foundation's Starter U

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 14, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Create a Brochure

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 14, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

## PRESENTED TO

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Research and Interview a Person from History

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 14, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Create a Clickable Map in Google Slides

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 14, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Design an Infographic in Google Drawings

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 14, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Explore Geographic Features in Google Earth

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 14, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Structure an Argument in a Presentation

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 14, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Plan Seasonal Activities with Google Sheets

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 13, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

Provided by



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Criminal Impulsivity by Pathway to Kinship

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 13, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

H.O.P.E. (Hone In Oppressed Potential to Evolve)

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 13, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## How to Succeed on the Streets

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 13, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Use Digital Tools for Everyday Tasks

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 09, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Prepare for a Successful Job Interview

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 09, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Plan an Event

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 09, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Launch a Successful Ad Grants Campaign

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 09, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Develop a Model in Google Drawings

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 08, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Plan a Science Investigation

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 08, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Analyze Data from Images in Google Earth Engine

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 08, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Draw a Scientific Diagram

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 08, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Make a Flowchart

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 08, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Communicate With Your Team Using Google Chat

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 08, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Start or Join a Video Conference with Google Meet

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 08, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Search for Colleges Online

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Prepare for a College Interview

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Search for Scholarships

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Track Graduation Requirements

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Draft an Application Essay

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Organize College Applications in Google Sheets

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Organize College Information in Google Sheets

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Grow with Google: Prepare for the FAFSA

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## What You Value Fuels What You Do

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Mapping My Life's Journey

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Communicate Effectively at Work

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 06, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Manage a Project with Digital Tools

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 06, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Create a Scrapbook

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 02, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Navigating Conflict

**SCORE:** Passed

-------------------------------------------------------------------------------------------------------

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 02, 2025

-------------------------------------------

Date

-------------------------------------------

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Send Emails in the Workplace

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 02, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Give and Receive Feedback

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 02, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Connect and Collaborate From Anywhere with Digital Tools

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 02, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow With Google: Plan Effective Meetings

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 02, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Grow with Google: Create a Digital Postcard

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 01, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Manage Your Time with Google Sheets

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 01, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Track Due Dates and Tasks in Gmail

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 01, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Create a Photo Journal in Google Docs

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 01, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Create a Vision Board

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 01, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Create a Presentation "All About a Topic"

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 01, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Plan Your Job Search in Google Sheets

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Organize Your Time with a Digital Agenda

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Wage a Sea Battle with Google Sheets

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 29, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Design a Poster About You

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 29, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Show Appreciation with Google Slides

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 29, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Present Your Ideas for Classroom Expectations

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 29, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Design and Share a Digital Badge

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 29, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Make Art with Google Sheets

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 29, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

Grow with Google: Create and Safeguard Passwords

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 25, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Evaluate Credibility of Online Sources

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 25, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Build Healthy Digital Habits

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 25, 2025
-----------------------------------------
Date

-----------------------------------------
President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Create a Responsible Blog with Google Sites

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 25, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Banish Your Inner Critic to Unleash Creativity

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 24, 2025

--------------------------------------------

Date

--------------------------------------------

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Identify Cyberbullying

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 24, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Grow with Google: Avoid Online Scams

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 24, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Understand Your Digital Footprint

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 24, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Critical Thinking for Better Judgment and Decision-Making

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 23, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Writing in Plain Language

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 23, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Grow With Google: Build Your Online Business

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 22, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Developing Your Emotional Intelligence

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 22, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Effective Listening

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 18, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Tips for Better Business Writing

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 18, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Marketing: Copywriting for Social Media

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 18, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

Social Media Marketing Foundations

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 17, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Social Media Marketing: Strategy and Optimization

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 17, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Marketing Strategy: SEO Content Writing

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 17, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Howard Schultz Business Leadership

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 16, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Social Media Marketing Strategy: TikTok and Instagram Reels

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 16, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Why Trust Matters with Rachel Botsman

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 16, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Augmented Reality Marketing

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 15, 2025
_____
Date

_____
President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## TYRO Leadership Demo Course

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 11, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Use Google to Get a New Job

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 11, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Track Your Job Search Progress

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 11, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

SEO: Keyword Strategy

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 10, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Explore Data Center Careers

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 10, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

CEO of Your Life Part 7: The Importance of Accountability

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 09, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

CEO of Your Life Part 8: Sales Leadership with Scott Laney

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 09, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

CEO of Your Life Part 9: CEO of Senior Living Facilities: Harold Sons

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 09, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Grow with Google: Create a One-Page Website

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 09, 2025

---

Date

---

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Prepare for Your First Day of Work

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 09, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

CEO of Your Life Part 4: Roofing Business with Casey Crowther

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 08, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

CEO of Your Life Part 5: Bookkeeping and Accounting: How to Build a Career After Release from Prison

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 08, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## CEO of Your Life Part 6: Biz Development

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 08, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

CEO of Your Life Part 2: Building a Successful Telemarketing Business

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 04, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

CEO of Your Life Part 3: Homeless to CEO Success

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 04, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Try a Career in Data Analytics

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 03, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Grow with Google: Try a Career in UX Design

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 03, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Use Digital Tools to Work Remotely

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 03, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

CEO of Your Life Part 1: Humble Beginnings to CEO: With Terry

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 03, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Negotiate Your Salary

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 02, 2025

-------------------------------------------

Date

-------------------------------------------

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Search for a Part-Time or Summer Job

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 02, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Ask Someone to Be a Reference

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 02, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Explore Careers by Interviewing Professionals

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 02, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Introduce Yourself to Potential Employers

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 02, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Ask for Feedback

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 02, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Build Your Professional Network

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 02, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Build Your Professional Brand

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 02, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Bill McGlashan: Personal Leadership: Part 5

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 01, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Unconscious Bias

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 01, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Persuading Others

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 01, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Bill McGlashan: Personal Leadership Part 1

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 28, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Bill McGlashan: Personal Leadership Part 2

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 28, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Bill McGlashan: Personal Leadership: Part 3

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 28, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Bill McGlashan: Personal Leadership Part 4

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 28, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Marketing on Facebook

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 27, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Business Basics: Intro to Budgeting, Taxes, and Certifications

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 26, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Stress Management

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 26, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Building Resilience

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 26, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Mossimo Giannulli: Personal Leadership Part 1: Define Success with Values

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 25, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Mossimo Giannulli: Personal Leadership Part 2: Set Goals to Prepare for Success

**SCORE:** Passed

-------------------------------------------------------------------------------------
All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 25, 2025
-------------------------------------------
Date

-------------------------------------------
President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Mossimo Giannulli: Personal Leadership Part 3: Mossimo Giannulli on Attitude

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 25, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Mossimo Giannulli: Personal Leadership Part 4: Mossimo Giannulli on Aspiration

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 25, 2025
------------------------------------------
Date

------------------------------------------
President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Mossimo Giannulli: Personal Leadership Part 5: Mossimo Guannulli on Action

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 25, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Mossimo Giannulli: Personal Leadership Part 6: Mossimo Giannulli on Accountability

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 25, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Mossimo Giannulli: Personal Leadership Part 7: Mossimo Giannulli on Awareness

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 25, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Mossimo Giannulli: Personal Leadership Part 8: Mossimo Giannulli on Authenticity

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 25, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Mossimo Giannulli: Personal Leadership Part 9: Mossimo Giannulli on Achievement

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 25, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Mossimo Giannulli: Personal Leadership Part 10: Mossimo Giannulli on Appreciation

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 25, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Try a Career in Digital Marketing & E-commerce

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 21, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Rewired Program

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 21, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Conflict Resolution: Bringing Order to Disorder

**SCORE:** Passed

------------------------------------------------------------------------

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 21, 2025

-------------------------------------------

Date

-------------------------------------------

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Media Relations Foundations

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 21, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Marketing on LinkedIn

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 21, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Digital Marketing Foundations

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 20, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Personal Finance

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 19, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Community & Leadership with The Phoenix

**SCORE:** Passed

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 19, 2025

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Try a Career in Project Management

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 19, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## How Do I Change?

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 19, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Getting Comfortable With Being Uncomfortable

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 19, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Managing My Emotions

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 19, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: How to Write a Cover Letter

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 18, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Write a Cover Letter for Your First Job

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 18, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Illegal to Legal: Business Success for the (Formerly) Incarcerated

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 14, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Create a Resume in Google Docs

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 13, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Research Career Paths

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 13, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Bottom Line Reasons to Hire the Formerly Incarcerated

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 12, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Communication Foundations

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 12, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Grow with Google: Start a Resume

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 12, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Grow With Google: Edit Your Resume

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 12, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Update Your Resume for Your Civilian Job Search

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 12, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Refresh Your Resume for Your Job Hunt

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 12, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Customer Service: Knowledge Management

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 11, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Write Your Business Plan

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 11, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Prepare For Your Business Plan

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 11, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Grow with Google: Estimate Financing for Your Business Plan

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 11, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## SquareUp - Entrepreneurship

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 11, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Thinking for the Future - CBT

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Customer Service: Handling Abusive Customers

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

Providing Legendary Customer Service

SCORE: Passed

------------------------------------------------------------------------------------------------------
All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 07, 2025

-------------------------------------------
Date

-------------------------------------------
President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Teamwork Foundations

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 06, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Public Relations Foundations

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 05, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Ask Ramit - Career and Personal Finance Advice

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 05, 2025

-------------------------------------------
Date

-------------------------------------------
President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Empathy for Customer Service Professionals

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 05, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Stressful Life Events

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 04, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## PTSD For Veterans

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 04, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Creating a Communications Strategy

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 04, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Course 1: Introduction to Entrepreneurship

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 04, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Electrical Studies

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 04, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Introduction to Carpentry

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Career Exploration: Human Services

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Career Exploration: Health Science

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Career Exploration: Information Technology

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

Career Exploration: Business, Management, and Administration

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Career Exploration: Hospitality and Tourism

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Career Exploration: Marketing, Sales, and Service

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Career Exploration: The Transportation Industry

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Embracing Unexpected Change

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 30, 2025

--------------------------------------------

Date

--------------------------------------------

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Houses of Healing: The Basics

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Keeping Kids Safe in the Digital World

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 29, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Art Therapy for Self-Improvement, Reduced Anxiety and Better Relationships

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 29, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Construction Management: Safety and Health

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 28, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Introduction to Plumbing Tools and Drawings

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 28, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Parenting While Incarcerated

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 27, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

Construction Management: Reading Drawings and Specifications

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 23, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Career Exploration: Construction Industry

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 23, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Career Exploration: Manufacturing

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 23, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

Construction Management: Planning and Scheduling

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 22, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Construction Management Foundations

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 21, 2025
Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Construction Management: Managing Risk

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 21, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

MasterMind Course: Earning Freedom by Michael Santos

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 20, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Learning How to be a Better Parent

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 16, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Learning Construction Estimating

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 15, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Preparing for Success After Prison (PSAP) Program

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 14, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Prison! My 8,344th Day (Video Version)

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 07, 2025

---

Date

---

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Prison! My 8,344th Day (Text Version)

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Introduction to Legal Studies

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 07, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

## Introduction to the 2nd Opportunity Programs

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 06, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Michael G. Santos: Straight-A Guide

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 06, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Changin' Your Game Plan: The Blueprint to Success During and After Incarceration

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 30, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Prisoner Reentry Network: Part I

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 26, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Learn Your Strengths from Shining Light

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 25, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Apply Your Strengths from Shining Light

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 24, 2025
------------------------------------------
Date

------------------------------------------
President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

ZACHARY VANTUYL

FOR SUCCESSFUL COMPLETION OF

In the Courtroom

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 15, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

## Criminal Process: The Basics

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 15, 2025

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Math - Addition, Subtraction, Multiplication, and Division

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 08, 2024

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

ZACHARY VANTUYL

**FOR SUCCESSFUL COMPLETION OF**

Job Seeking with a Criminal Record

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 07, 2024

Date

President of Edovo

US v. VANTUYL
CR-24-2074-SAB/CR-25-2045-SAB
Exhibit B

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.