# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>-vs-<br><br>ZACHARY TYLER VANTUYL,<br><br>                          Defendant. | **Case No.    1:24-cr-02074-SAB-1**<br>**1:25-cr-02045-SAB-1**<br><br>**CRIMINAL MINUTES**<br><br>**DATE:    04/22/2026**<br><br>**LOCATION:  YAKIMA, WA**<br><br>**SENTENCING** |

### CHIEF JUDGE STANLEY A. BASTIAN

| Ruby Mendoza | 03 |  | Marilynn McMartin |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Letita Sikes |  | Craig Webster | |
| **Government Counsel** |  | **Defense Counsel** | |
| **United States Probation Officer:**   Jennifer Frieling [video] | | | |

[ X ]  **Open Court**              [  ]  **Chambers**                 [ X ]  **Telecon/Video**

Defendant present and in custody of the US Marshal.

Court outlines the case. Defendant pled guilty. Court summarizes maximum penalties and guidelines. Court has reviewed all of the materials submitted and presentence report. There is an 11(c)(1)(C) Plea Agreement with a recommended range of 84 – 144 months. The Court addresses why it is not inclined to accept the plea agreement.

Ms. Sikes agrees with the Court's assessment and discusses the guidelines.

Court discusses trial length with counsel.
    Ms. Sikes estimates 3 weeks without the admissions of guilt and 3-days with the admissions of guilt.

Court speaks to Mr. Webster regarding the recommendation. Defendant's options are to proceed with sentencing or go to trial. Court will give counsel time to discuss with defendant. Defendant has plead guilty under oath.

## [X ]  ORDER FORTHCOMING

| **CONVENED:  11:14 A.M.** | **ADJOURNED: 11:41 A.M.** | **TIME: 27 MIN.** | **CALENDARED   [ X ]** |
|---|---|---|---|

*USA  -vs-  defendant*                                                          **12/03/2025**
Case Number                                                                        Page 2
Sentencing Hearing

Court sets a **Status Conference** for May 11, 2026, at 2:00 pm.

Mr. Webster confirms that he won't be prevented from cross-examining Ms. Hubbard at trial.
Court responds no.

Sharleen Hubbard speaks to the Court.

Court will allow people to make comments on behalf of defendant until the time of sentencing.